# United States Bankruptcy Court
### District of Kansas

In re  **Moore Roofing LLC**

Debtor(s)

Case No. 23-21139-11

Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Mitch Moore**, declare under penalty of perjury that I am the **Owner** of **Moore Roofing LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mitch Moore, Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Mitch Moore, Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Mitch Moore, Owner** of this Corporation is authorized and directed to employ **Ryan A. Blay,** attorney and the law firm of **WM Law** to represent the corporation in such bankruptcy case."

Date  **August 18, 2023**

Signed  **/s/ Mitch Moore**

**Mitch Moore**

# Resolution of Board of Directors
## of
### Moore Roofing LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mitch Moore, Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Mitch Moore, Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Mitch Moore, Owner** of this Corporation is authorized and directed to employ **Ryan A. Blay**, attorney and the law firm of **WM Law** to represent the corporation in such bankruptcy case.

Date  **August 18, 2023** _____        Signed _____

Date  **August 18, 2023** _____        Signed _____