# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
### KANSAS CITY DIVISION

In re:    MOORE ROOFING, LLC          )    Case No. 23-21139-DLS

          Debtor and Debtor-in-Possession    )    Chapter 11 (Voluntary), Subchapter V

## APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT

**COMES NOW** Moore Roofing, LLC, the Debtor and Debtor-in-possession herein (hereinafter the "Debtor") and, pursuant to 11 U.S.C. § 327 and F.R.B.P. Rules 2014, 2016 and 5002, submits this Application for Employment of the law firm W M Law and its members to represent the Debtor in its Subchapter V Chapter 11 bankruptcy proceedings. In support of this Application the Debtor represents the following:

1. On September 27, 2023 Debtor filed a voluntary Petition for Chapter 11 relief. Pursuant to 11 U.S.C, §§ 1107 and 1108, the Debtor remains as a Debtor-in-Possession.

2. The Debtor is an LLC with a principal place of business located at: 610 Lakeview St., Emporia, KS 66801.

3. The Debtor requires the services of legal counsel to represent it during these proceedings and desires to employ Wagoner Bankruptcy Group, P.C. d.b.a. W M Law, as Debtor's counsel. The services to be provided include providing the customary services required in representing a Chapter 11 Debtor-in-Possession, which include: preparation of the bankruptcy forms and schedules, attendance at the initial debtor interview, § 341 meeting and other court hearings, preparation of the Subchapter V Chapter 11 plan, client conferences, filing monthly operating reports, phone calls, emails, dealing with creditors, and resolving confirmation issues.

4. Attorneys Ryan A. Blay, Jeffrey L. Wagoner, Errin P. Stowell, Ryan M. Graham and Chelsea Williamson and the other attorneys in the law firm of W M Law (hereinafter collectively referred to as "W M Law") are duly licensed and qualified attorneys who are, in the opinion of the Debtor, qualified to act as his counsel, and who have an office located at: 15095 West 116th Street, Olathe, Kansas 66062.

5. W M Law has experience in matters of this character and its attorneys are well-qualified to act as attorneys for the Debtor. The Debtor has selected W M Law to be its counsel based of its expertise and knowledge of Bankruptcy procedures.

6. W M Law is not connected in any manner with the Debtor, other than as Debtor's counsel, or with creditors or any other party in interest in this matter. The firm and its members are disinterested parties as defined in 11 U.S.C. § 101(14), representing no interest adverse to the Debtor or the Debtor's estate on the matters upon which they are to be engaged and their employment would be in the best

interest of the bankruptcy estate.

7.      W M Law has examined their client records and business records and have made a personal inquiry of the Debtor. They have determined that the attorneys and all the members of the firm do not hold or represent an interest adverse to the estate.

8.      W M Law understands the continuing duty to disclose any adverse interest and change in disinterestedness.

9.      W M Law understands that the court's approval of the application is not approval of any proposed terms of compensation and that under 11 U.S.C. § 328(a), the court may allow compensation on terms different from those proposed.

10.     W M Law has agreed to act as attorneys for the Debtor at hourly fees commensurate with their experience and the nature and complexity of this Case. The current hourly rates for the primary attorneys and paralegals who it is anticipated will work on this Case are as follows:

| | |
|---|---|
| Attorney, Ryan A. Blay | $300.00 |
| Attorney, Jeffrey L. Wagoner | $300.00 |
| Attorney, Errin P. Stowell | $300.00 |
| Attorney, Ryan M. Graham | $300.00 |
| Attorney, Chelsea Williamson | $300.00 |
| Paralegal, Douglas Sisson | $125.00 |
| Paralegal, Ana Van Noy | $125.00 |
| Paralegal, Betsy Hayman | $125.00 |

W M Law will also require reimbursement for any reasonable and necessary out-of-pocket expenses related to and incurred during the pendency of this proceeding, which will be disclosed on future interim reports and fee applications, and subject to judicial approval of the same.

11.     For entry in this Case, W M Law has received from a retainer in the amount of $8.262, from the Debtor. The source of funds used for the retainer and filing fee were the Debtor's own funds. W M Law has not received any compensation for this Case to date other than the amount stated in this paragraph. Compensation for services rendered during the present Chapter 11 Case will be made in accordance with this application.  WM Law has earned a portion of those funds ($1965) and used an additional $1,738 advanced by the Debtor to pay the Chapter 11 Filing Fee.  The remaining balance is in trust, subject to court approval of fees.

12.     W M Law affirms that compensation for the services rendered in this proceeding shall be subject to the approval of the Court upon application by the attorneys for the Debtor.

13.     W M Law's post-Petition filing fees will not be paid unless: (a) Debtor has timely filed with the UST all required operating reports; (b) Debtor is current in payment of post-Petition taxes; and (c) Debtors is either current in payment of post-Petition creditors or has the financial capacity to make such payments.

14. Attorney Ryan A. Blay of W M Law, on behalf of W M Law and the above-named attorneys has executed and attached an Affidavit of Disinterestedness attesting to the foregoing and in support of this Application.

**WHEREFORE**, the Debtor respectfully requests this Court's order approving the employment of Ryan A. Blay, Jeffrey L. Wagoner, and the other attorneys and staff in the firm of W M Law, on the basis set forth above and for such other further relief as the Court deems equitable and proper.

Dated: November 2, 2023        Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above Application for Employment of Attorneys for Debtor, with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **December 6, 2023,** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **144**, Kansas City, Kansas 66101, **December 14, 2023 at 1:46 pm.** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on Thursday, November 02, 2023 by providing an electronic copy to United States Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.

Office of the United States Trustee via ECF Notice.

[See attached mailing matrix]

s/ Ryan A. Blay
Counsel for Debtor