# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:    MOORE ROOFING LLC        )     CASE NO. 23-21139
                        Debtor    )

## <u>NOTICE TO WITHDRAW AFFIDAVIT RE: DISINTERESTEDNESS IN SUPPORT OF APPLICATION FOR EMPLOYMENT, DOCUMENTS NO.23</u>

**COMES NOW** Debtor, Moore Roofing LLC, by and through the undersigned Counsel, and requests to withdraw **Documents No. 23, Affidavit Re Disinterestedness in Support of Application for Employment of Attorney.**

Dated: November 7, 2023        Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 7, 2023, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

s/ Ryan A. Blay