**Fill in this information to identify the case:**

Debtor Name **Moore Roofing LLC**

United States Bankruptcy Court for the: District of Kansas

Case number: 23-21139

☐ Check if this is an
amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

| Month: | October 2023 | Date report filed: | 12/12/2023 |
|---|---|---|---|
| | | | MM / DD / YYYY |
| Line of business: | Roofing | NAISC code: | 2389 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Mitch Moore

Original signature of responsible party

Printed name of responsible party: Mitch Moore

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|   |   | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Case 23-21139    Doc# 30    Filed 12/14/23    Page 1 of 22

17. Have you paid any bills you owed before you filed bankruptcy?          ❏  ☑  ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❏  ☑  ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 6,073.82

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 95,544.48

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 73,402.33

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 22,142.15

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 28,215.97

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

(Exhibit E)

$ ○

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                    $ 45,075.91

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                            5

27. What is the number of employees as of the date of this monthly report?               5

## 6. Professional Fees

| | |
|---|---|
| 28. How much have you paid this month in professional fees related to this bankruptcy case? | $ 0.00 |
| 29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? | $ 1,965.00 |
| 30. How much have you paid this month in other professional fees? | $ 0.00 |
| 31. How much have you paid in total other professional fees since filing the case? | $ 0.00 |

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A Projected | | Column B Actual | | Column C Difference |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | − | Copy lines 20-22 of this report. | = | Subtract Column B from Column A. |
| 32. Cash receipts | $ | − | $ 95,544.48 | = | $ |
| 33. Cash disbursements | $ | − | $ 73,402.33 | = | $ |
| 34. Net cash flow | $ | − | $ 22,142.15 | = | $ |

35. Total projected cash receipts for the next month:                                          $ 80,000.00

36. Total projected cash disbursements for the next month:                                   − $ 70,000.00

37. Total projected net cash flow for the next month:                                          = $ 10,000.00

Case 23-21139    Doc# 30    Filed 12/14/23    Page 3 of 22

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.



**PO Box 807**
**Emporia, KS 66801-0807**

**RETURN SERVICE REQUESTED**

MOORE ROOFING LLC
MATERIAL ACCOUNT
610 LAKEVIEW ST
EMPORIA KS 66801-3240

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Bank | ESB Financial Merchant |
| ❶ | Phone Number | 1-620-342-3454<br>1-877-342-3459 |
| ✉ | Mailing Address | 801 Merchant<br>Emporia, KS 66801 |
| 💻 | Website | www.esbfinancial.com |

IT'S THAT TIME OF YEAR TO GIVE THANKS FOR OUR BLESSINGS…AND ESB FINANCIAL IS THANKFUL FOR YOU!

WE HOPE YOU HAVE A BLESSED THANKSGIVING FILLED WITH LOVE, LAUGHTER AND GRATITUDE!

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Small Business | XXXXXXXX69 | $11,385.65 |

## Small Business-XXXXXXXX69

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2023 | **Beginning Balance** | **$4,430.90** |
| | 8 Credit(s) This Period | $50,212.57 |
| | 31 Debit(s) This Period | $43,257.82 |
| 10/31/2023 | **Ending Balance** | **$11,385.65** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 10/10/2023 | Deposit | $19,800.00 |
| 10/17/2023 | Deposit | $11,700.00 |
| 10/19/2023 | Deposit | $4,000.00 |
| 10/20/2023 | Deposit | $6,757.88 |
| 10/27/2023 | Deposit | $1,560.00 |
| | | 5 item(s) totaling $43,817.88 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 10/09/2023 | IB Transfer Deposit<br>IB Transfer from XXXXXXX250 | $1,000.00 |
| 10/10/2023 | IB Transfer Deposit<br>IB Transfer from XXXXXXX250 | $1,000.00 |
| | | 2 item(s) totaling $2,000.00 |



# Small Business-XXXXXXXX69 (continued)

## Other Credits

| Date | Description | Amount |
|------|-------------|--------|
| 10/19/2023 | Check Returned 585<br>Ret-NSF Not Sufficient Funds | $4,394.69 |

1 item(s) totaling $4,394.69

## Electronic Debits

| Date | Description | Amount |
|------|-------------|--------|
| 10/03/2023 | Debit Card purchase<br>MCDONALD'S F3429 EMPORIA KS #2333 | |
| 10/04/2023 | Debit Card purchase<br>HARDEES 1500157 EMPORIA KS #2333 | $5.74 |
| 10/05/2023 | Debit Card purchase<br>HARDEES 1500157 EMPORIA KS #2333 | $5.84 |
| 10/06/2023 | Debit Card purchase<br>HARDEES 1500157 EMPORIA KS #2333 | $8.77 |
| 10/06/2023 | Debit Card purchase<br>ABC SUPPLY 0097 316-9433336 KS #2333 | $1,213.21 |
| 10/10/2023 | Debit Card purchase<br>265 BRAUMS STORE EMPORIA KS #2333 | $2.48 |
| 10/10/2023 | Debit Card purchase<br>MCDONALD'S F3429 EMPORIA KS #2333 | $9.40 |
| 10/10/2023 | Debit Card purchase<br>STARBUCKS 800-78 SEATTLE WA #2333 | $25.00 |
| 10/12/2023 | Debit Card purchase<br>MCDONALD'S F3429 EMPORIA KS #2333 | $7.69 |
| 10/13/2023 | Debit Card purchase<br>J'S CARRYOUT EMPORIA KS #2333 | $22.95 |
| 10/16/2023 | Debit Card purchase<br>MCDONALD'S F3429 EMPORIA KS #2333 | $7.69 |
| 10/17/2023 | Debit Card purchase<br>CIRCLE K 2721615 EMPORIA KS #2333 | $3.04 |
| 10/17/2023 | Debit Card purchase<br>CIRCLE K 2721615 EMPORIA KS #2333 | $55.01 |
| 10/18/2023 | Debit Card purchase<br>SONIC #1952 EMPORIA KS #2333 | $5.57 |
| 10/18/2023 | Debit Card purchase<br>MCDONALD'S F3429 EMPORIA KS #2333 | $11.89 |
| 10/18/2023 | Debit Card purchase<br>STARBUCKS 800-78 SEATTLE WA #2333 | $25.00 |
| 10/18/2023 | IB Transfer W/D<br>IB Transfer to XXXXXXX250 | $1,800.00 |
| 10/19/2023 | Debit Card purchase<br>MR G'S CAR WASH EMPORIA KS #2333 | $9.00 |
| 10/19/2023 | Debit Card purchase<br>WAL-MART #0557 EMPORIA KS #2333 | $15.00 |
| 10/20/2023 | Debit Card purchase<br>265 BRAUMS STORE EMPORIA KS #2333 | $2.48 |
| 10/20/2023 | Debit Card purchase<br>TACO BELL 024469 EMPORIA KS #2333 | $7.90 |
| 10/23/2023 | Debit Card purchase<br>SONIC #1952 EMPORIA KS #2333 | $5.57 |
| 10/25/2023 | Debit Card purchase<br>HARDEES 1500157 EMPORIA KS #2333 | $2.70 |
| 10/27/2023 | Debit Card purchase<br>HARDEES 1500157 EMPORIA KS #2333 | $8.77 |

24 item(s) totaling $3,065.78

## Small Business-XXXXXXXX69 (continued)

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 10/19/2023 | OD FEE-returned item 585 4,394.69 | $32.00 |

1 item(s) totaling $32.00

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 530 | 10/10/2023 | $8,412.19 | 585 | 10/18/2023 | $4,394.69 |
| 583* | 10/11/2023 | $16,000.00 | 585 | 10/24/2023 | |
| 584 | 10/18/2023 | $6,320.72 | 586 | 10/20/2023 | $637.75 |

* Indicates skipped check number                    6 item(s) totaling $40,160.04

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/01/2023 | $4,430.90 | 10/11/2023 | $543.19 | 10/19/2023 | $8,127.63 |
| 10/03/2023 | $5,425.82 | 10/12/2023 | $535.50 | 10/20/2023 | $14,237.38 |
| 10/04/2023 | $5,420.08 | 10/13/2023 | $512.55 | 10/23/2023 | $14,231.81 |
| 10/05/2023 | $5,414.24 | 10/16/2023 | $504.86 | 10/24/2023 | $9,837.12 |
| 10/06/2023 | $4,192.26 | 10/17/2023 | $12,146.81 | 10/25/2023 | $9,834.42 |
| 10/10/2023 | $16,543.19 | 10/18/2023 | -$211.08 | 10/27/2023 | $11,385.65 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $54.00 |
| **Total Returned Item Fees** | $32.00 | $32.00 |

You have been charged an overdraft fee. There may be cheaper alternative products that may be better suited for your needs. Please call Client Services at 877-342-3459 to discuss other options or visit us in person.



DEPOSIT TICKET
ESB FINANCIAL
10-4-23
MOORE ROOFING
19800.00
[redacted]

$19,800.00 10/10/2023

DEPOSIT TICKET
ESB FINANCIAL
10-12-23
MOORE ROOFING
11 700.00
[redacted]

$11,700.00 10/17/2023

DEPOSIT TICKET
ESB FINANCIAL
1-19-23
MOORE ROOFING
4000.00
[redacted]

$4,000.00 10/19/2023

DEPOSIT TICKET
ESB FINANCIAL
10-20-23
MOORE ROOFING
6757.88
[redacted]

$6,757.88 10/20/2023

DEPOSIT TICKET
ESB FINANCIAL
MOORE ROOFING
1560.00
[redacted]

$1,560.00 10/27/2023

MOORE ROOFING MATERIALS
610 LAKEVIEW ST
EMPORIA, KS 66801
530
10-10-23
Mark II Lumber $8412.19
ESB FINANCIAL
[redacted]

530 $8,412.19 10/10/2023

MOORE ROOFING MATERIALS
610 LAKEVIEW ST
EMPORIA, KS 66801
583
10-11-23
Mark II Lumber $16000
ESB FINANCIAL
[redacted]

583 $16,000.00 10/11/2023

MOORE ROOFING MATERIALS
610 LAKEVIEW ST
EMPORIA, KS 66801
584
10-18-23
Mark II Lumber $6320.72
ESB FINANCIAL
[redacted]

584 $6,320.72 10/18/2023

NSF
MOORE ROOFING MATERIALS
585
Mark II Lumber $4394.69
ESB FINANCIAL
[redacted]

585 $4,394.69 10/24/2023

MOORE ROOFING MATERIALS
610 LAKEVIEW ST
EMPORIA, KS 66801
586
10-20-23
Mark II Lumber $637.75
ESB FINANCIAL
[redacted]

586 $637.75 10/20/2023

## PLEASE DIRECT PAYMENTS AND INQUIRIES TO

ESB Financial - Emporia, P.O. Box 807, Emporia, KS 66801 (620) 342-3454
ESB Financial - Manhattan, P.O. Box 1920, Manhattan, KS 66505 (785) 539-3553

## TERMS & CONDITIONS

All deposits to, withdrawals from or other transactions in your accounts are subject to the terms and conditions of the agreement you received when you opened your account, as amended from time to time, in accordance with your account agreement.

## BILLING RIGHTS SUMMARY

(the following does not apply to Business Line of Credit Accounts)

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you think your statement or receipt is wrong, or you need more information about an electonic transfer (ie., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us to the address listed above, as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

You don't have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate, we cannot report you as delinquent or take any action to collect the amount in question.

## IMPORTANT INFORMATION FOR REVOLVING CREDIT ACCOUNTS

Periodic FINANCE CHARGES for credit advances under your Credit Line will begin to accrue on the date credit advances are posted to your Credit Line. There is no "free ride period" which would allow you to avoid a FINANCE CHARGE on your Credit Line credit advances. A daily FINANCE CHARGE will be imposed on all credit advances made under your Credit Line imposed from the date of each credit advance based on the "daily balance" method. To get the daily balance, we take the beginning balance of your Credit Line Account each day, add any new advances and subtract any payments or credits and any unpaid FINANCE CHARGES. This gives us the "daily balance." Any FINANCE CHARGE is determined by applying the "Periodic Rate" to the balance described herein. Then we add together the periodic FINANCE CHARGES for each day in the billing cycle. This is your FINANCE CHARGE calculated by applying a Periodic Rate.

## CHECKBOOK RECONCILIATION

**Bank Balance Shown On This Statement**   $ _____

**Plus**   Deposits Not Shown
on this Statement   $ _____

**Less**   Total Outstanding   $ _____

**Total**   This is Your Bank Balance   $ _____

(Should agree with checkbook balance after deducting service charges, if any)

List All Outstanding Checks, ATM
and Other Electronic Withdrawals

| Number | Amount |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| Total Outstanding |  |

MEMBER

FDIC
EQUAL HOUSING
LENDER

THIS PAGE IS LEFT INTENTIONALLY BLANK



**PO Box 807**
**Emporia, KS 66801-0807**

**RETURN SERVICE REQUESTED**

MOORE ROOFING LLC
OPERATING ACCOUNT
610 LAKEVIEW ST
EMPORIA KS 66801-3240



## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Bank | ESB Financial Merchant |
| ⓘ | Phone Number | 1-620-342-3454<br>1-877-342-3459 |
| ✉ | Mailing Address | 801 Merchant<br>Emporia, KS 66801 |
| ▭ | Website | www.esbfinancial.com |

IT'S THAT TIME OF YEAR TO GIVE THANKS FOR OUR BLESSINGS…AND ESB FINANCIAL IS THANKFUL FOR YOU!

WE HOPE YOU HAVE A BLESSED THANKSGIVING FILLED WITH LOVE, LAUGHTER AND GRATITUDE!

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Small Business | XXXXXXXX50 | $16,830.32 |

## Small Business-XXXXXXXX50

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2023 | **Beginning Balance** | **$1,642.92** |
| | 12 Credit(s) This Period | $45,331.91 |
| | 149 Debit(s) This Period | $30,144.51 |
| 10/31/2023 | **Ending Balance** | **$16,830.32** |
| | Service Charges | $6.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 10/02/2023 | Deposit | $1,953.00 |
| 10/03/2023 | Deposit | $7,438.58 |
| 10/06/2023 | Deposit | $3,193.00 |
| 10/13/2023 | Deposit | $1,853.45 |
| 10/19/2023 | Deposit | $520.50 |
| 10/20/2023 | Deposit | $8,441.35 |
| 10/24/2023 | Deposit | $6,205.46 |
| 10/27/2023 | Deposit | $5,200.00 |
| 10/30/2023 | Deposit | $7,888.07 |

9 item(s) totaling $42,693.41

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 10/03/2023 | ACH Deposit<br>VENMO CASHOUT | $450.00 |
| 10/03/2023 | ACH Deposit<br>VENMO CASHOUT | $588.50 |



Member FDIC

## Small Business-XXXXXXXX50 (continued)

### Electronic Credits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 10/18/2023 | IB Transfer Deposit<br>IB Transfer from XXXXXXX269 | $1,600.00 |

3 item(s) totaling $2,638.50

### Electronic Debits

| Date | Description | Amount |
|------|-------------|--------|
| 10/02/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $4.83 |
| 10/02/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $8.68 |
| 10/02/2023 | Debit Card purchase<br>TACO BELL 024469 EMPORIA KS #4683 | $24.26 |
| 10/02/2023 | Debit Card purchase<br>DD DOORDASH TACO 855-973-1040 CA #0639 | $29.23 |
| 10/02/2023 | Debit Card purchase<br>TEXAS ROADHOUSE TOPEKA KS #0639 | $61.60 |
| 10/02/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $63.52 |
| 10/02/2023 | Debit Card purchase<br>EMPORIA-TRANSER EMPORIA KS #4683 | $66.75 |
| 10/02/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $99.25 |
| 10/02/2023 | Debit Card RCR Pymt<br>Google LLC GSUIT 650-2530000 CA #0639 | $6.00 |
| 10/02/2023 | ACH Payment<br>ENCOMPASS INS PAYMENT ACH.EZPR09010 S | $811.14 |
| 10/02/2023 | IB Transfer W/D<br>IB Transfer to XXXXXXX8681 | $10.00 |
| 10/02/2023 | IB Transfer W/D<br>IB Transfer to XXXXXXX9254 | $665.00 |
| 10/03/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $8.19 |
| 10/03/2023 | IB Transfer W/D<br>IB Transfer to XXXXXXX8681 | $400.00 |
| 10/03/2023 | IB Transfer W/D<br>IB Transfer to XXXXXXX269 | $1,000.00 |
| 10/04/2023 | Debit Card purchase<br>SONIC #1952 EMPORIA KS #4683 | $17.53 |
| 10/04/2023 | Debit Card purchase<br>ARBY'S 5004050 EMPORIA KS #4683 | $24.07 |
| 10/04/2023 | Debit Card purchase<br>DD DOORDASH FRED 855-973-1040 CA #0639 | $35.06 |
| 10/04/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $64.97 |
| 10/04/2023 | Debit Card purchase<br>L AND L PETS EMPORIA KS #0639 | $96.54 |
| 10/04/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $100.05 |
| 10/05/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $31.30 |
| 10/05/2023 | Debit Card purchase<br>DILLONS 5001 866-576-4377 KS #0639 | $101.44 |
| 10/06/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $6.51 |
| 10/06/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $12.46 |
| 10/06/2023 | Debit Card purchase<br>MCDONALD'S F3429 EMPORIA KS #4683 | $23.49 |

## Small Business-XXXXXXXX50 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 10/06/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $65.06 |
| 10/10/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $4.58 |
| 10/10/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $7.00 |
| 10/10/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $8.00 |
| 10/10/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $9.66 |
| 10/10/2023 | Debit Card purchase<br>J'S CARRYOUT EMPORIA KS #4683 | $13.53 |
| 10/10/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $29.00 |
| 10/10/2023 | Debit Card purchase<br>DD DOORDASH TACO 855-973-1040 CA #0639 | $29.23 |
| 10/10/2023 | Debit Card purchase<br>DILLONS 5001 866-576-4377 KS #0639 | $48.42 |
| 10/10/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $54.97 |
| 10/10/2023 | Debit Card purchase<br>VALU-NET, LLC. 620-412-9880 KS #0639 | $244.09 |
| 10/10/2023 | IB Transfer W/D<br>IB Transfer to XXXXXXX269 | $1,000.00 |
| 10/11/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $15.16 |
| 10/11/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $18.23 |
| 10/11/2023 | Debit Card purchase<br>PIZZA HUT 002653 HTTPS://IPCHA KS #0639 | $66.20 |
| 10/11/2023 | Debit Card RCR Pymt<br>INTUIT * PayrollE CL.INTUIT.COM CA #0639 | $48.83 |
| 10/11/2023 | ACH Payment<br>KANSAS GAS SERVI UTIL PAYMT | $47.62 |
| 10/11/2023 | ACH Payment<br>EVERGY KS CTRL WEB PAY EVERGY KS CTRL WEB | $182.75 |
| 10/11/2023 | ACH Payment<br>U.S. CELLULAR CELLULAR | $249.12 |
| 10/11/2023 | ACH Payment<br>EVERGY KS CTRL WEB PAY EVERGY KS CTRL WEB | $259.77 |
| 10/11/2023 | ACH Payment<br>CITY OF EMPORIA UTILITY | $550.22 |
| 10/12/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $5.85 |
| 10/12/2023 | Debit Card purchase<br>MCDONALD'S F3429 EMPORIA KS #4683 | $11.70 |
| 10/12/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $17.50 |
| 10/12/2023 | Debit Card purchase<br>DILLONS #0039 EMPORIA KS #4683 | $31.54 |
| 10/12/2023 | Debit Card purchase<br>DD DOORDASH ABEL 855-973-1040 CA #0639 | $33.26 |
| 10/12/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $49.66 |
| 10/12/2023 | Debit Card purchase<br>CITY OF EMPORIA 620-343-4250 KS #4683 | $101.66 |
| 10/13/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $4.99 |

# Small Business-XXXXXXXX50 (continued)

## Electronic Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 10/13/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $7.36 |
| 10/13/2023 | Debit Card purchase<br>MARK II LUMBER EMPORIA KS #4683 | $56.38 |
| 10/13/2023 | ACH Payment<br>IPFS866-412-2561 IPFSPMTMOK | $721.95 |
| 10/16/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $4.87 |
| 10/16/2023 | Debit Card purchase<br>SUTHERLANDS 4308 EMPORIA KS #4683 | $12.03 |
| 10/16/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $30.05 |
| 10/16/2023 | Debit Card purchase<br>BLUESTEM FARM & EMPORIA KS #0639 | $42.27 |
| 10/16/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $66.05 |
| 10/16/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $100.00 |
| 10/16/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $135.00 |
| 10/16/2023 | Debit Card RCR Pymt<br>VZWRLSS* APOCC VI 800-922-0204 FL #0639 | $182.37 |
| 10/17/2023 | Debit Card purchase<br>ABELARDOS MEXICA EMPORIA KS #0639 | $10.96 |
| 10/17/2023 | Debit Card purchase<br>City of Lawrence 704-817-2500 NC #0639 | $25.00 |
| 10/17/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $54.20 |
| 10/17/2023 | Debit Card purchase<br>EMPORIA-TRANSER EMPORIA KS #4683 | $130.47 |
| 10/18/2023 | Debit Card purchase<br>BLUESTEM FARM & EMPORIA KS #0639 | $7.15 |
| 10/18/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $8.25 |
| 10/18/2023 | Debit Card purchase<br>MCDONALD'S F1298 EMPORIA KS #4683 | $11.59 |
| 10/18/2023 | Debit Card purchase<br>MARK II LUMBER EMPORIA KS #4683 | $129.06 |
| 10/18/2023 | ATM Foreign Withdraw<br>COTTONWOOD FA KS #0639 | $43.00 |
| 10/19/2023 | Debit Card purchase<br>QT 268 INSIDE LAWRENCE KS #0639 | $7.89 |
| 10/19/2023 | Debit Card purchase<br>FREDDY'S 12-0003 EMPORIA KS #4683 | $23.41 |
| 10/19/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $50.01 |
| 10/19/2023 | Debit Card RCR Pymt<br>APPLE.COM/BILL 866-712-7753 CA #0639 | $0.99 |
| 10/20/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $11.60 |
| 10/20/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $18.77 |
| 10/20/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $20.00 |
| 10/20/2023 | Debit Card purchase<br>DILLONS 5001 866-576-4377 KS #0639 | $25.44 |
| 10/20/2023 | Debit Card purchase<br>DD DOORDASH FRED 855-973-1040 CA #0639 | $30.50 |

## Small Business-XXXXXXXX50 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 10/20/2023 | Debit Card purchase<br>DD DOORDASH ABEL 855-973-1040 CA #0639 | $32.96 |
| 10/20/2023 | Debit Card purchase<br>DILLONS #0039 EMPORIA KS #4683 | $40.63 |
| 10/23/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $3.42 |
| 10/23/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $5.31 |
| 10/23/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $11.27 |
| 10/23/2023 | Debit Card purchase<br>MARK II LUMBER EMPORIA KS #4683 | $22.77 |
| 10/23/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $25.03 |
| 10/23/2023 | Debit Card purchase<br>SUTHERLANDS 4308 EMPORIA KS #4683 | $32.84 |
| 10/23/2023 | Debit Card RCR Pymt<br>APPLE COM BILL CUPERTINO CA #0639 | $10.84 |
| 10/24/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $7.79 |
| 10/24/2023 | Debit Card purchase<br>WENDY'S 12990 EMPORIA KS #4683 | $22.55 |
| 10/24/2023 | Debit Card purchase<br>DD DOORDASH MCDO 855-973-1040 CA #0639 | $38.06 |
| 10/24/2023 | Debit Card purchase<br>EMPORIA-TRANSER EMPORIA KS #4683 | $68.85 |
| 10/25/2023 | Debit Card purchase<br>BLUESTEM FARM & EMPORIA KS #0639 | $3.24 |
| 10/25/2023 | Debit Card purchase<br>APPLE COM BILL CUPERTINO CA #0639 | $13.01 |
| 10/25/2023 | Debit Card purchase<br>SQ * KATIE CROOK GOSQ.COM KS #0639 | $30.00 |
| 10/26/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $7.10 |
| 10/26/2023 | Debit Card purchase<br>Wal-Mart Super C EMPORIA KS #0639 | $24.05 |
| 10/26/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $40.01 |
| 10/26/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #0639 | $40.05 |
| 10/27/2023 | Debit Card purchase<br>DD DOORDASH FRED 855-973-1040 CA #0639 | $30.50 |
| 10/27/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $64.56 |
| 10/30/2023 | Debit Card purchase<br>ARBY'S 5004050 EMPORIA KS #4683 | $7.60 |
| 10/30/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $8.50 |
| 10/30/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #0639 | $10.50 |
| 10/30/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $13.51 |
| 10/30/2023 | Debit Card purchase<br>FREDDY'S 12-0003 EMPORIA KS #4683 | $22.11 |
| 10/30/2023 | ACH Payment<br>BCBS OF KANSAS PREMIUM | $85.55 |
| 10/30/2023 | ACH Payment<br>BCBS OF KANSAS PREMIUM | $85.56 |

## Small Business-XXXXXXXX50 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 10/30/2023 | ACH Payment<br>BCBS OF KANSAS PREMIUM | $546.38 |
| 10/31/2023 | Debit Card purchase<br>KFC F975001 EMPORIA KS #4683 | $23.31 |
| 10/31/2023 | Debit Card purchase<br>DD DOORDASH MCDO 855-973-1040 CA #0639 | $29.10 |
| 10/31/2023 | ACH Payment<br>ENCOMPASS INS PAYMENT ACH.EZPR09010 S | $811.14 |

117 item(s) totaling $11,173.19

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 10/31/2023 | Service Charge | |
| 10/31/2023 | Miscellaneous Fee<br>Cash Management Access Fee | $9.95 |

2 item(s) totaling $15.95

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 590 | 10/04/2023 | $81.00 | 7686 | 10/11/2023 | $50.00 |
| 591 | 10/11/2023 | $60.00 | 7687 | 10/16/2023 | |
| 592 | 10/11/2023 | $60.00 | 7688 | 10/16/2023 | $473.70 |
| 7673* | 10/02/2023 | $569.80 | 7689 | 10/13/2023 | $657.86 |
| 7675* | 10/04/2023 | $200.00 | 7690 | 10/23/2023 | $267.05 |
| 7676 | 10/05/2023 | $267.05 | 7691 | 10/23/2023 | $978.02 |
| 7677 | 10/05/2023 | $978.02 | 7692 | 10/20/2023 | $978.02 |
| 7678 | 10/05/2023 | $978.02 | 7693 | 10/23/2023 | $329.48 |
| 7679 | 10/10/2023 | $267.05 | 7694 | 10/20/2023 | $452.92 |
| 7680 | 10/10/2023 | $978.02 | 7695 | 10/25/2023 | $3,300.00 |
| 7681 | 10/10/2023 | $91.35 | 7696 | 10/30/2023 | $267.05 |
| 7682 | 10/11/2023 | $461.46 | 7697 | 10/30/2023 | $978.02 |
| 7683 | 10/06/2023 | $640.09 | 7698 | 10/27/2023 | $978.02 |
| 7684 | 10/11/2023 | $1,710.00 | 7699 | 10/31/2023 | $276.51 |
| 7685 | 10/11/2023 | $978.02 | 7700 | 10/27/2023 | $381.79 |

* Indicates skipped check number

30 item(s) totaling $18,955.37

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/01/2023 | $1,642.92 | 10/12/2023 | $1,682.64 | 10/24/2023 | $11,835.37 |
| 10/02/2023 | $1,175.86 | 10/13/2023 | $2,027.55 | 10/25/2023 | $8,489.12 |
| 10/03/2023 | $8,244.75 | 10/16/2023 | $714.16 | 10/26/2023 | $8,377.91 |
| 10/04/2023 | $7,625.53 | 10/17/2023 | $493.53 | 10/27/2023 | $12,123.04 |
| 10/05/2023 | $5,269.70 | 10/18/2023 | $184.48 | 10/30/2023 | $17,986.33 |
| 10/06/2023 | $7,715.09 | 10/19/2023 | $622.68 | 10/31/2023 | $16,830.32 |
| 10/10/2023 | $4,930.19 | 10/20/2023 | $7,453.19 | | |
| 10/11/2023 | $1,933.81 | 10/23/2023 | $5,767.16 | | |





$1,953.00  10/2/2023      $7,438.58  10/3/2023      $3,193.00  10/6/2023





$1,853.45  10/13/2023      $520.50  10/19/2023      $8,441.35  10/20/2023





$6,205.46  10/24/2023      $5,200.00  10/27/2023      $7,888.07  10/30/2023





590  $81.00  10/4/2023      591  $60.00  10/13/2023      592  $60.00  10/11/2023





7673  $569.80  10/2/2023      7675  $200.00  10/4/2023      7676  $267.05  10/5/2023





7677  $978.02  10/5/2023      7678  $978.02  10/5/2023      7679  $267.05  10/10/2023





7680  $978.02  10/10/2023          7681  $91.35  10/10/2023          7682  $461.46  10/11/2023




7683  $640.09  10/6/2023          7684  $1,710.00  10/18/2023          7685  $978.02  10/11/2023





7686  $50.00  10/11/2023          7687  $267.05  10/16/2023          7689  $473.70  10/16/2023





7690  $657.86  10/13/2023          7690  $267.05  10/23/2023          7691  $978.02  10/23/2023





7692  $978.02  10/20/2023          7693  $329.48  10/23/2023          7694  $452.92  10/20/2023





7695  $3,300.00  10/25/2023          7696  $267.05  10/30/2023          7697  $978.02  10/30/2023

  

7699   $978.02   10/27/2023          7699   $276.51   10/31/2023          7700   $381.79   10/27/2023

THIS PAGE IS LEFT INTENTIONALLY BLANK

## PLEASE DIRECT PAYMENTS AND INQUIRIES TO

ESB Financial - Emporia, P.O. Box 807, Emporia, KS 66801 (620) 342-3454
ESB Financial - Manhattan, P.O. Box 1920, Manhattan, KS 66505 (785) 539-3553

## TERMS & CONDITIONS

All deposits to, withdrawals from or other transactions in your accounts are subject to the terms and conditions of the agreement you received when you opened your account, as amended from time to time, in accordance with your account agreement.

## BILLING RIGHTS SUMMARY
(the following does not apply to Business Line of Credit Accounts)

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you think your statement or receipt is wrong, or you need more information about an electronic transfer (ie., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us to the address listed above, as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

You don't have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate, we cannot report you as delinquent or take any action to collect the amount in question.

## IMPORTANT INFORMATION FOR REVOLVING CREDIT ACCOUNTS

Periodic FINANCE CHARGES for credit advances under your Credit Line will begin to accrue on the date credit advances are posted to your Credit Line. There is no "free ride period" which would allow you to avoid a FINANCE CHARGE on your Credit Line credit advances. A daily FINANCE CHARGE will be imposed on all credit advances made under your Credit Line imposed from the date of each credit advance based on the "daily balance" method. To get the daily balance, we take the beginning balance of your Credit Line Account each day, add any new advances and subtract any payments or credits and any unpaid FINANCE CHARGES. This gives us the "daily balance." Any FINANCE CHARGE is determined by applying the "Periodic Rate" to the balance described herein. Then we add together the periodic FINANCE CHARGES for each day in the billing cycle. This is your FINANCE CHARGE calculated by applying a Periodic Rate.

## CHECKBOOK RECONCILIATION

**Bank Balance Shown On This Statement**   $ _____

**Plus**   Deposits Not Shown
on this Statement   $ _____

**Less**   Total Outstanding   $ _____

**Total**   This is Your Bank Balance   $ _____

(Should agree with checkbook balance after deducting service charges, if any)

List All Outstanding Checks, ATM
and Other Electronic Withdrawals

| Number | Amount |
|--------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total Outstanding |  |


MEMBER

THIS PAGE IS LEFT INTENTIONALLY BLANK