## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DITRICT OF KANSAS – KANSAS CITY DIVISION

| | | | |
|---|---|---|---|
| In re: | **MOORE ROOFING, LLC** | ) | **Case No. 23-21139-DLS** |
| | **Debtor and Debtor-in-Possession** | ) | **Chapter 11 (Voluntary), Subchapter V** |

## SMALL BUSINESS PLAN OF REORGANIZATION
## FOR DEBTOR DATED JANUARY 11, 2024

This Plan of Reorganization is presented to you to inform you of the proposed Plan for restructuring the debt of Proponent MOORE ROOFING, LLC., and to seek your vote to accept the Plan.

You are encouraged to carefully review the full text of this document, including all exhibits and attachments, before deciding how to vote on the Plan.

**IN ADDITION TO CASTING YOUR VOTE TO ACCEPT OR REJECT THE PLAN, YOU MAY OBJECT TO THE TERMS OF THE PROPOSED PLAN. IF YOU WISH TO OBJECT TO THE ADEQUACY OF THE DISCLOSURES OR TO THE TERMS OF THE PROPOSED PLAN, THE OBJECTION DATES WILL BE PROVIDED IN A SEPARATE NOTICE.**

**YOUR BALLOT STATING HOW YOU ARE VOTING ON THE PLAN MUST BE RETURNED BY [DATE TO BE ANNOUNCED BY COURT AT STATUS CONFERENCE TBD]**

**THE BALLOT MUST BE MAILED TO THE FOLLOWING ADDRESS:**
**RYAN A. BLAY, 15095 WEST 116TH STREET, OLATHE, KS 66062.**

**A HEARING ON THE CONFIRMATION OF THIS PLAN IS SCHEDULED FOR [DATE TO BE ANNOUNCED BY COURT AT STATUS CONFERENCE TBD]**

Your rights may be affected by this Plan of Reorganization. You should consider discussing this document with an attorney.

Dated: January 11, 2024

Respectfully submitted,
WM Law

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

1

**TABLE OF CONTENTS**

I.     PLAN        Pages 2 – 13
II.    EXHIBIT A   ASSETS – Schedules A/B
III.   EXHIBIT B   MONTHLY OPERATING REPORT(S) FILED WITH THE
                   COURT (OCTOBER 2023)
IV.    EXHIBIT C   PROFIT AND LOSS FOR January through August 2003
V.     EXHIBIT D   LEASES – Schedule G – Assumption of Executory Contracts and
                   Unexpired Leases
VI.    EXHIBIT E   PROJECTIONS OF CASH FLOW/EARNINGS POST
                   CONFIRMATION PERIOD
VII.   EXHIBIT F   LIQUIDATION ANALYSIS

# ARTICLE 1

## 1.1    Definitions

   A.  DEBTOR: MOORE ROOFING, LLC
   B.  CREDITORS: All creditors of the Debtor holding claims for unsecured debt, liabilities, demands, or claim of any character whatsoever, including any under-secured creditors.
   C.  SECURED CREDITORS: All creditors who hold a lien, security interest or other encumbrance which has been properly perfected, as required by law with respect to the property owned by the Debtor, prior to the filing of this case, or thereafter as authorized and ordered by the Court.
   D.  PRIORITY CREDITORS: All creditors who are deemed a priority under Section 507 of the Bankruptcy Code.
   E.  PLAN: Debtor's proposed reorganization plan in its present form or as it may be amended or supplemented from time-to-time hereafter.
   F.  COURT: United State Bankruptcy Court for the District of Kansas, including the United States Bankruptcy Judge presiding in the Chapter 11 case of the Debtor.
   G.  CLAIM: A duly listed or timely filed claim which is allowed and ordered paid by the Court.
   H.  EFFECTIVE DATE: Fourteen (14) days after the date on which the order confirming the Plan becomes final and non-appealable.
   I.  ADMINISTRATIVE EXPENSES: Claims against the Debtor arising under 11 U.S.C. § 507(a)(1) and allowed by the Court.

## HISTORY OF THE BUSINESS OPERATIONS OF THE DEBTOR

## 1.2    Nature of the Debtor's Business
Moore Roofing LLC. was formed as a Kansas Limited Liability Company on November 29, 2018. Based in Emporia, the business has several revenue streams. It provides residential and commercial service for roofing and gutters in the local area. The Debtor also owns multiple pieces of real estate which are leased.

## 1.3    Filing of the Debtor's Chapter 11 Case
On September 27, 2023, the Debtor filed a voluntary petition for relief under the Bankruptcy Code.  The Chapter 11 case is pending in the Bankruptcy Court for the District of Kansas.

## 1.4    Legal Structure and Ownership
Mitchell (Mitch) Moore owns 100% of the membership interest in the Corporation.  No other parties other than Mr. Moore control any portion of the Debtor. There was discussion regarding Mr. Moore's spouse assuming a percentage interest in the Debtor pending a divorce, but that has

not transpired.

**1.5**    **Debtor's Assets**
A list of assets marked as **Exhibit A** is attached in the form of Schedule A/B from Debtor's petition. The majority of the Debtor's assets are in real estate and vehicles serving as collateral for secured creditors.

**1.6**    **Debtor's Liabilities**
The Debtor's primary liabilities, outside of income tax obligations, are secured debts for its vehicles and real estate holdings.

**1.7**    **Current and Historical Financial Conditions**
See attached copies of Debtor's Monthly Operating Reports filed since the filing of the bankruptcy case, Marked as **Exhibit B**. (October 2023) Additionally, see the Profit and Loss Statement marked as **Exhibit C**.

**1.8**    **Events Leading to the Filing of the Bankruptcy Case**
The primary driver of the bankruptcy filing was the litigation against the Debtor, primarily stemming from a suit brought by Kaw Valley Bank against Moore Roofing and Mitchell Moore individually in September 2023. It is likely that other creditors would have commenced suit if the Debtor has not filed.

**1.9**    **Significant Events During the Bankruptcy Case**
Since the filing of the bankruptcy the following is a list of significant events:

- The Debtor received approval to employ WM Law as counsel.
- The Debtor has attended its Subchapter V Status Conference
- The Debtor has filed its Monthly Operating Reports for October and November 2023.

**1.10**    **Projected Recovery of Avoidable Transfers**
The Debtor does not anticipate any litigation to seek recovery of avoidable transfers.

# ARTICLE 2

## THE PLAN

The Debtor's Plan must describe how its Creditors will be paid. Certain Claims are entitled to specific treatment under the Bankruptcy Code and are not placed in a class for purpose of payment. For example, Administrative Expenses and Priority Tax Claims are not classified.

As required by the Code, the Plan places Claims and Equity Interests in various classes and describes the treatment each class will receive. The Plan also states whether each class of Claims or Equity Interests is impaired or unimpaired. A Claim or Equity Interest can be impaired if the Plan alters the legal, equitable or contractual rights to which the Claimants are otherwise entitled. If the Plan is confirmed, each Creditor's recovery is limited to the amount provided in the Plan.

Only Creditors in classes that are impaired may vote on whether to accept or reject the Plan, and only Creditors holding Allowed Claims may vote. A class accepts the Plan when more than one-half (1/2) in number and at least two-thirds (2/3) in dollar amount of the Allowed Claims that actually vote, vote in favor of the Plan. Also, a class of Equity Interests holders accepts the Plan when at least two-

thirds (2/3) in amount of the allowed Equity Interest holders that actually vote, vote in favor of the Plan. A class that is not impaired is deemed to accept the Plan.

## 2.1 Unclassified Claims

Certain types of Claims are automatically entitled to specific treatment under the Code. For example, Administrative Expenses such as attorney fees are not classified. They are not considered impaired, and holders of such Claims do not vote on the Plan. They may, however, object if, in their view, their treatment under the Plan does not comply with that required by the Code. As such, the Plan does not place the following Claims in any class.

### A. Administrative Expenses

The Debtor must pay all Administrative Expenses in full. If an Administrative Expense is disputed, the Bankruptcy Court must determine the validity and amount of the Administrative Expense, or in other words, "allow" the Administrative Expense. Any Administrative Expense that is undisputed and is due and owing on the Confirmation Date must be paid on the Effective Date of the Plan, or upon such other terms as agreed upon by the Debtor and the Administrative Claimant. If the Administrative Expense is disputed, payment will be made after the Administrative Expense is allowed by the Bankruptcy Court.

There are several types of Administrative Expenses, including the following:

1.  If the Debtor trades in the ordinary course of business following its filing of the Chapter 11 Case, Creditors are entitled to be paid in full for the goods or services provided. This ordinary trade debt incurred by the Debtor after the Petition Date will be paid on an ongoing basis in accordance with the ordinary business practices and terms between the Debtor and its trade Creditors.

2.  If the Debtor received goods it has purchased in the ordinary course of business within twenty (20) days before the Petition Date, the value of the goods received is an Administrative Expense.

3.  Administrative Expenses also include any post-petition fees and expenses allowed to professionals, including attorneys and accountants employed upon Bankruptcy Court authority to render services to the Debtor during the course of the Chapter 11 case. These fees and expenses must be noticed to Creditors and approved by the Bankruptcy Court prior to payment.

The following chart lists the Debtor's estimated Administrative Expenses, and their proposed treatment under the Plan:

| Type | Estimated Amount Owed | Proposed Treatment |
|---|---|---|
| Expenses arising in the ordinary course of business after the Petition Date | None | Payment through the Plan as follows: |
| Administrative Tax Claim | None | Payment through the Plan |
| The value of goods received in the ordinary course of business within | None | Payment through the Plan as follows: |

| 20 days before the Petition Date | | |
|---|---|---|
| Professional fees, as approved by the Bankruptcy Court | Counsel estimates post-filing fees at approximately \$8,000, exclusive of any funds held in trust. | After Bankruptcy Court approval, Payment through the Plan as follows: Retainer to be paid from funds held in Attorney's Trust Account, then paid over 24 months in monthly payments of \$333.33.<br><br>Additional fees paid by Debtor, after Bankruptcy Court approval. |
| Clerk's Office fees | None | Paid in full on the Effective Date. |
| Other Administrative Expenses | None | Payment through the Plan as follows: |
| Trustee | G. Matthew Barberich | Upon application under § 330 and after Bankruptcy Court approval, payment through the Plan as follows: Within 30 days of Order of Approval or as negotiated with the Trustee. Debtor anticipates these expenses to total approximately \$2,000 |

## B. Priority Tax Claims

Priority Tax Claims are unsecured income, employment, and other taxes described by § 507(a)(8) of the Code. Unless the holder of such a § 507(a)(8) Priority Tax Claim agrees otherwise, it must receive the present value of such Claim, in regular installments paid over a period not exceeding five (5) years from the order of relief.

Each holder of a Priority Tax Claim will be paid as set forth in the chart below:

| Name of Taxing Authority & Tax Type | Estimated Amount Owed | Date of Assessment | Treatment |
|---|---|---|---|
| Internal Revenue Service (Claimed 1, as amended) | \$25,716.84 priority | | Payment Treatment: The priority claim shall be paid in 54 installments of \$532.81 to commence in April 2024 and complete in September 2028 |
| Kansas Dept. of Revenue | n/a | | Payment Treatment: n/a |

## 2.2 Classes of Claims and Equity Interests

The following are the classes set forth in the Plan, and the proposed treatment that they will receive under the Plan:

### A. Classes of Secured Claims

Allowed Secured Claims are Claims secured by property of the Debtor's bankruptcy estate (or that are subject to setoff) to the extent allowed as secured Claims.

All fees required to be paid by 28 U.S.C. § 1930(a)(6) ("United States Trustees Fees") will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Bankruptcy Code. Any United States Trustee Fees owed on the or before the Effective Date of the Plan will be paid on the Effective Date.

Under § 506 of the Code, if the value of the collateral or setoffs securing the Creditor's Claim is less than the amount of the Creditor's Allowed Claim, the deficiency will be classified as a general unsecured Claim.

The following chart lists all classes containing the Debtor's secured prepetition Claims and their proposed treatment under the Plan:

| Class # | Description | Insider? (Yes or No) | Impairment | Treatment |
|---------|-------------|----------------------|------------|-----------|
| 1 | Lyon County Treasurer | No | N/A | The Lyon County Treasurer has not filed a claim and it is not clear that Real Estate Taxes are due for any of the Debtor's properties. The Debtor agrees to ensure that all real estate taxes for properties in Lyon County are paid in a timely fashion and/or are escrowed properly. |
| 1 | Credit Union of Emporia (Claims 4 and 5) | No | Yes | The Credit Union of Emporia has filed two secured claims. Claim 4 is secured by a 2021 trailer and Claim 5 is secured by perfected liens on various vehicles.<br><br>The Debtor shall make two payments to Credit Union of Emporia. The first will treat claim 4. The Debtor shall pay $30.06 per month for 48 months beginning in April 2024 and completing no later than March 2028. Interest on the secured claim shall be 6.5%, the contractual rate.<br><br>On Claim 5, the Debtor shall pay $257.98 per month for 48 months beginning in April 2024 and completing no later than March 2028. Interest on the secured claim shall be 6.5%, which is just shy of the contractual rate. The unpaid interest shall be paid with other general non-priority unsecured creditors.<br><br>Credit Union of Emporia may retain its liens on the respective trailer and vehicles until such time as the secured claim(s) are paid in full, at which time the creditor shall release all liens in favor of the Debtor. |

| 1 | Kaw Valley Bank (Claim 6) | No | Yes | Kaw Valley Bank has filed a claim secured by 3 parcels of real estate in Emporia as well as a 2016 Jeep Wrangler used in the Debtor's business. There are four separate loans with a total secured claim of $170,580.83. The claim is oversecured by the Debtor's property. |
|---|---|---|---|---|
| | | | | The Debtor proposes to pay a single payment of $1,485.94 to Kaw Valley Bank on the claim for 60 months beginning in April 2024 and completing no later than March 2029. Interest on the secured claim shall be 6.5% and the debt shall be amortized over 15 years with a balloon payment due at the end of 5 years the Debtor may refinance and pay off within 60 days of receiving a discharge in the Chapter 11 case. Kaw Valley Bank shall retain its liens on all property until the secured claim(s) are paid in full. |
| 1 | ESB Financial (Claim 7) | No | Yes | ESB has filed a claim secured by parcels of real estate owned by the Debtor. The total secured claim is $143,739.11. The Debtor proposes to $1252.12 monthly on the claim for 60 months beginning in April 2024 and completing no later than March 2029. Interest on the secured claim shall be 6.5% and the debt shall be amortized over 15 years with a balloon payment due at the end of 5 years. The Debtor may refinance and pay off within 60 days of receiving a discharge in the Chapter 11 case. ESB Financial shall retain its liens on all property until the secured claim(s) are paid in full. |
| 1 | Small Business Administration (Claim 9) | No | Yes | The SBA has filed a claim for a total of $213,252.80, of which only $26,000 is secured due to other creditors holding higher priority liens on property of the debtor. The SBA has a general business security agreement against all assets of the business. |
| | | | | The Debtor shall pay the SBA $616.59 for 48 months beginning in April 2024 and completing no later than March 2028. Interest on the secured claim |

| | | | | shall be 6.5%, which is higher than the contractual rate. The unpaid principal and interest shall be paid with other general non-priority unsecured creditors.<br><br>Upon payment in full of the secured portion, the SBA shall release its UCC liens against the Debtor's property. |

### B. Classes of Priority Unsecured Claims

Certain priority Claims that are referred to in §§ 507(a)(1), (4), (5), (6), and (7) of the Code are required to be placed in classes. The Code requires that each holder of such a Claim receive cash on the Effective Date of the Plan equal to the allowed amount of such Claim. However, a class of holders of such Claims may vote to accept different treatment.

The following chart lists all classes containing Claims under §§ 507(a)(1), (4), (5), (6), and (a)(7) of the Code and their proposed treatment under the Plan:

| Class # | Description | Impairment | Treatment |
|---|---|---|---|
| N/A | Priority unsecured claims pursuant to Section 507(a)(1), (4), (5), (6), and & (7) **None** | [state whether impaired or unimpaired] – n/a, no such creditors | n/a |

### C. Classes of General Unsecured Claims

General unsecured Claims are not secured by property of the estate and are not entitled to priority under § 507(a) of the Code. [Insert description of §1122(b) convenience class if applicable.]

The following chart identifies the Plan's proposed treatment of Class 2, which contain general unsecured Claims against the Debtor:

| Class # | Description | Insider? (Yes or No) | Impairment |
|---|---|---|---|
| 2 | General unsecured class Includes: Claim #1 – IRS ($2,495.16 general unsecured portion of claim) Claim #2 – American Express Bank ($4,330.91) Claim #3 – Credit Union of Emporia ($10,777.37) Claim #8 – Beacon Sales Acquisition, Inc. ($58,667.14) Claim #9 – SBA ($187,252.80 unsecured portion of claim)<br><br>Scheduled creditors who have not yet filed claims may participate in distributions with these listed creditors. | None are insiders, all are Impaired | For the unsecured claims, General Unsecured Creditors shall share in payments from disposable monthly income following years 1-5. |
| | | | |

### D. Classes of Equity Interest Holders

Equity Interest holders are parties who hold an ownership interest (i.e., equity interest) in the Debtor. In a corporation, entities holding preferred or common stock are Equity Interest holders. In a

partnership, Equity Interest holders include both general and limited partners. In a limited liability company ("LLC"), the Equity Interest holders are the members. Finally, with respect to an individual who is a debtor, the Debtor is the Equity Interest holder.

The following chart sets forth the Plan's proposed treatment of the classes of Equity Interest holders: [There may be more than one class of Equity Interest holders in, for example, a partnership case, or a case where the prepetition Debtor had issued multiple classes of stock.]

| Class # | Description | Insider? (Yes or No) | Impairment |
|---|---|---|---|
| 3 | Equity Interest Holders: Mitchell (Mitch) Moore | Unimpaired | Retain ownership interest in the Corp. |

## 2.3 Estimated Number and Amount of Claims Objections

A Disputed Claim is a claim that has not been allowed or has been disallowed by a final non-appealable order, and as to which either:

(i) A proof of claim has been filed or deemed filed, and the Debtor of another party in interest has filed an objection; or

(ii) No proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or liquidated.

The Debtor will have the power and authority to settle and compromise a Disputed Claim with Court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure.

The Debtor may object to the amount or validity of any Claim within 60 days of the Confirmation Date by filing an objection with the Bankruptcy Court and serving a copy of the objection on the holder of the Claim. The Claim objected to will be treated as a Disputed Claim under the Plan. If and when a Disputed Claim is finally resolved by the allowance of the Claim in whole or in part, the Debtor will pay the Allowed Claim in accordance with the Plan. [Set forth amount and number of Claims in each class that will objected to.]

| Class | Number of Claims Objected To | Amount of Claims Objected To |
|---|---|---|
| | The Debtor does not anticipate filing any claims objections. However, to the extent future filed tax returns, amended returns, or filings indicate a change in the amount due to any taxing authority, the Debtor may initiate a claim objection within the time frame specified above. | n/a |

## 2.4 Treatment of Executory Contracts and Unexpired Leases

Executory Contracts are contracts where significant performance of the contract remains for both the Debtor and another party to the contract. The Debtor has the right to reject, assume (i.e., accept), or assume and assign these types of contracts to another party, subject to the Bankruptcy Court's approval. The paragraphs below explain the Debtor's intentions regarding its Executory Contracts (which includes its unexpired leases) and the impact such intentions would have on the other parties to the contracts.

Check all that apply.

**[X]  Assumption of Executory Contracts**
   The Executory Contracts listed below shall be assumed by the Debtor unless otherwise noted. Assumption means that the Debtor has elected to continue to perform the obligations under such contracts and unexpired leases, and to cure defaults of the type that must be cured under the Bankruptcy Code, if any.

   If you object to the assumption of your unexpired lease or executory contract, the proposed cure of any defaults, or the adequacy of assurance of future performance, you must file and serve your objection to the assumption within the deadline for objecting to the confirmation of the Plan, unless the Bankruptcy Court as set an earlier date.

   **The Debtor formally accepts the leases with Austin Riley, Sadie Moore, Casey Moore, Harry & Lloyd's, and Spectrum Powder Coating, and rejects all other executory contracts.**
OR
[ ]  Rejection of Executory Contracts and Unexpired Leases
   The Executory Contracts shown on Exhibit ___ shall be rejected by the Debtor.
   Further, the Debtor will be conclusively deemed to have rejected all executory contracts and/or unexpired leases not expressly shown on Exhibit ___, or not assumed before the date of the order confirming the Plan.
   Rejection means that the Debtor has elected not to continue to perform the obligations under such contracts or leases. If the Debtor has elected to reject a contract or lease, the other party to the contract or lease will be treated as an unsecured Creditor holding a Claim that arose before the bankruptcy was filed.

**2.5  Means for Implementation of the Plan**
   Upon Confirmation of the Plan, the Debtor shall make direct payments to all the secured, priority and general unsecured creditors per the provisions above, unless otherwise noted, from its income and any contributions from the Debtor's principal. Debtor believes the market for its services continues to stabilize and improve despite hostile conditions in the transportation industry.

   Upon Confirmation of the Plan, all property of the Debtor, tangible and intangible, including, without limitation, licenses, furniture, fixtures and equipment, will revert, free and clear of all Claims and Equitable Interests except as provided in the Plan, to the Debtor. The Debtor expects to have sufficient cash on hand to make the payments required on the Effective Date.

   Pursuant to 11 U.S.C. § 1192(c)(2)(A), all of the projected disposable income of the Debtor to be received in the 3-year period, or such longer period not to exceed five (5) years as the Court may fix, beginning on the date that the first payment is due under the Plan will be applied to make payments under the Plan.

**2.6  Disbursing Agent**
   Distributions to Creditors provided for in this Plan will be made by PYRAMID MOVING, INC., directly.

**2.7  Post-Confirmation Management**
   The Post-Confirmation Officers/Management of the Debtor, and their compensation, shall be as follows:

| Name | Position | Compensation |
|---|---|---|
| Mitchell Moore | Owner | Mr. Moore will each receive a monthly salary, estimated at $5830 per month. This is subject to future review as the plan progresses. |

**2.8    Tax Consequences of the Plan**
    **Creditors and Equity Interest Holders Concerned with How the Plan May Affect Their Tax Liability Should Consult with Their Own Accountants, Attorneys, and/or Advisors.**
    The following are the anticipated tax consequences of the Plan: The Debtor is treated as a S Corporation for tax purposes and all income and losses pass through directly to the owner, who is Mitchell (Mitch) Moore.  There should be no tax consequences to the Debtor.

**2.9    <u>Projections in Support of Debtor's Ability to Make Payments Under the Proposed Plan</u>**
    Debtor has provided projected financial information. Those projections are listed in **<u>Exhibit D</u>**.

# ARTICLE 3

## FEASIBILITY OF PLAN
    The Bankruptcy Court must find that confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor, unless such liquidation or reorganization is proposed in the Plan.

**3.1    <u>Ability to Initially Fund Plan</u>**

    The Plan Proponent believes that the Debtor will have enough cash on hand on the Effective Date of the Plan to pay all the Claims and expenses that are entitled to be paid on that date.

**3.2    <u>Ability to Make Future Plan Payments and Operation Without Further Reorganization</u>**

    The Plan Proponent must also show that it will have enough cash over the life of the Plan to make the required Plan payments.

    The Plan Proponent has provided projected financial information. Those projections are listed in **<u>Exhibit E</u>**.

    The Plan Proponent's financial projections show that the Debtor will have an aggregate annual average cash flow, after paying operating expenses and post-confirmation taxes (and proposed Chapter 11 plan payments), of **$142.32 in year 1, $294 in year 2, $594 in year 3, $150.24 in year 4, and $-$999.60 in year 5**. The final Plan payment is expected to be paid in **March 2029**.

    **You Should Consult with Your Accountant or other Financial Advisor If You Have Any Questions Pertaining to These Projections.**

# ARTICLE 4

## LIQUIDATION ANALYSIS
To confirm the Plan, the Bankruptcy Court must find that all Creditors and Equity Interest holders who do not accept the Plan will receive at least as much under the Plan as such Claimants and Equity Interest holders would receive a in Chapter 7 liquidation. A liquidation analysis is attached hereto as **Exhibit F.**

# ARTICLE 5

## DISCHARGE

On the Confirmation Date of this Plan, the Debtor will be discharged from any debt that arose before confirmation of the Plan, subject to the occurrence of the Effective Date, to the extent specified in § 1141(d)(1)(A) of the Code. The Debtor will not be discharged from any debt imposed by this Plan.

# ARTICLE 6
## GENERAL PROVISIONS

**6.1** **Title to Assets**

Except as otherwise provided in the Plan or in the order confirming the Plan,

    (i)    confirmation of the Plan vests all of the property of the estate in the Debtor, and

    (ii)    after confirmation of the Plan, the property dealt with by the Plan is free and clear of all Claims and Equity Interests of Creditors, equity security holders, and of general partners in the Debtor.

**6.2** **Binding Effect**

If the Plan is confirmed, the provisions of the Plan will bind the Debtor and all Creditors, whether or not they accept the Plan. The rights and obligations of any entity named or referred to in this Plan will be binding upon and will inure to the benefit of the successors or assigns of such entity.

**6.3** **Severability**

If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

**6.4** **Retention of Jurisdiction by the Bankruptcy Court**

The Bankruptcy Court shall retain jurisdiction of this case with regard to the following matters:

    (i)    To make such orders as are necessary or appropriate to implement the provisions of the Plan and to resolve any disputes arising from implementation of the Plan;

    (ii)    To rule on any modification of the Plan proposed under Section 1127;

    (iii)    To hear and allow all applications for compensation to professionals and other Administrative Expenses;

    (iv)    To resolve all issues regarding Claims objections, and issues arising from the assumption/rejection of executory contracts or unexpired leases; and

    (v)    To adjudicate any cause of action which may exist in favor of the Debtor, including preference and fraudulent transfer causes of action.

**6.5** **Captions**

The headings contained in the Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

**6.6** **Confirmation of Plan**

The Debtor is a corporation. The confirmation of the Plan is treated in 11 U.S.C. § 1191 with the Discharge treated pursuant to 11 U.S.C. § 1192.

**6.7** **Modification of Plan**

The Plan Proponent may modify the Plan at any time before confirmation of the Plan. However, the Court may require re-voting on the Plan.

The Plan Proponent may also seek to modify the Plan at any time after confirmation only if:

(i)     The Plan has not been substantially consummated and

(ii)    The Bankruptcy Court authorizes the proposed modifications after notice and a hearing.

## 6.8    Creditor Remedies in Event of Default under Plan

A default under this Plan is defined as a failure to pay two or more consecutive payments under this plan or failure to pay any single payment for 90 days or more from a due date. Any Creditor whose payment is in default may file a Notice of Default with this Court and provide written notice care of Debtor's counsel via e-mail or United States mail, first class. If such default is not cured within 30 days of the Notice of Default, the Creditor may elect to assert a restoration of security interests at contract amounts still owed, and the right of the Creditor to seek liquidation of non-exempt assets.

## 6.9    Final Decree

Once the estate has been fully administered, as provided in Rule 3022 of the Federal Rules of Bankruptcy Procedure, the Plan Proponent or such other party as the Bankruptcy Court shall designate in the Plan Confirmation Order, shall file a motion with the Bankruptcy Court to obtain a final decree to close the case. Alternatively, the Bankruptcy Court may enter such a final decree on its own motion.

## 6.10    Payment of Disposable Monthly Income Toward Plan

To be expressly clear, the Debtor proposes to contribute all projected disposable income to be received during the plan to payments under the plan, pursuant to 11 U.S.C. §1191

Dated: January 11, 2024                  Respectfully submitted,

                                        /s/ Mitchell Moore
                                        Moore Roofing, LLC
                                        By Owner Mitch Moore

Dated: January 11, 2024                  Respectfully submitted,
                                        WM Law

                                        /s/ Ryan A. Blay
                                        Ryan A. Blay, MO #KS001066; KS #28110
                                        15095 W. 116th St.
                                        Olathe, KS 66062
                                        Phone (913) 422-0909 / Fax (913) 428-8549
                                        blay@wagonergroup.com
                                        ATTORNEY FOR DEBTOR(S)

# EXHIBIT A

**ASSETS: Schedules A/B**

Debtor name     **Moore Roofing LLC**

United States Bankruptcy Court for the:     DISTRICT OF KANSAS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  Checking, savings, money market, or financial brokerage accounts *(Identify all)*
    Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

|  |  |  |  |
|---|---|---|---|
| **ESB Financial**<br>**3 accounts:** | | | |
| **Material Account ending in 69** | | | |
| **Operations Account ending in 50** | | | |
| 3.1.  **Tax Account ending in 77** | see above | | **Unknown** |

4.  Other cash equivalents *(Identify all)*

5.  **Total of Part 1.**                                                            $0.00
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:     Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| Debtor | **Moore Roofing LLC** | Case number *(if known)* | |
|--------|----------------------|--------------------------|--|
| | Name | | |

| 11a. 90 days old or less: | 8,000.00 | - | 0.00 = .... | $8,000.00 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

---

| 12. | **Total of Part 3.** | $8,000.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

**Part 4    Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☐■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** **6 jobs contracted, none started** | | $0.00 | | $0.00 |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | $0.00 |
|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
☐■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐■ No
☐ Yes

**Part 6    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 2 |
|---|---|---|

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** laptops, printers, filing cabinets and misc. furniture | **Unknown** | **Debtor estimate** | **$3,000.00** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                             **$3,000.00**
     Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8**      **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

   47.1.  **2 trucks, 6 trailers**

          **(1) 2016 Ford F-250 (est. value $6,000)**
          **(2) 2009 Ford F-250 (Est value $3,000)**

          **Trailers:**
          **(1) Doolittle Dump Trailer ($3,000)**
          **(2) Equipter Dump Trailer ($15,000)**
          **(3) Big Tex Dump Trailer ($3,000)**
          **(4) Doolittle Equipment Trailer ($8,000)**
          **(5) Doolittle Car Trailer ($4,000)**
          **(6) Texas Pride Car Trailer ($9000, only**
          **vehicle with a lien)**                    **Unknown**         **Debtor opinions**      **$51,000.00**

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**  **Aircraft and accessories**

**50.**  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Moffit forklift, unknown year** | Unknown | Debtor estimate | $9,000.00 |
| **odd and end roofing and machineriy tools** | Unknown | Debtor estimate | $6,000.00 |

**51.**  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$66,000.00

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

**55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **610 Lakeview St., Emporia, KS  66801** **18,000 square feet including the lot Parcel ID 1911103013018000** **Brief Tax Description S11, T19S, R11E, ACRES 0.4, BEG 150N NE COR 6TH AVE & LAKEVIEW ST N135 E134 S135 W134 TO POB (135.0 X 134.0)** **Valued by Lyon County at $90,600** | **Fee Simple** | Unknown | debtor's opinion | $140,000.00 |

55.2. **812 E. 6th Ave.,**
**Emporia, KS 66801**

**Parcel ID**
**1911103013019000**

**Brief Tax Description**
**S11, T19S, R11E,**
**ACRES 0.4, BEG NE**
**COR 6TH AVE &**
**LAKEVIEW ST ST**
**N150 E134 S150**
**W134 TO POB (134.0**
**X 150.0)**

**20,000 square feet**

| **Valued by Lyon County at $81,590** | **Fee Simple** | **Unknown** | **debtor estimate** | **$90,000.00** |
|---|---|---|---|---|

55.3. **702 W. 6th Ave,**
**Emporia, KS 66801**

**10,000 sq ft.**

**Parcel ID**
**1920904027014000**

**Brief Tax Description**
**I.M. LEWIS' ADDN,**
**S09, T19S, R11E,**
**ACRES 0.2, S100**
**E103.25 LT 1 (100.0 x**
**103.2)**

| **Lyon County assessed value: $92,130 Purchase price in November 2022 was approximately $100,000 and is best value** | **Fee Simple** | **Unknown** | **Recent cost** | **$100,000.00** |
|---|---|---|---|---|

55.4.  **516 Chestnut,
       Emporia, KS  66801
       apprx. 3200 sq ft**

       **Parcel ID
       1951601001010000**

       **Brief Tax Description
       WILLIS' SUB DIV,
       S16, T19S, R11E,
       BEG 144.2S SE COR
       6TH AVE &
       CHESTNUT ST E76
       S43.33 W76 N43.33
       TO POB (43.3 X 76.0)**

| **Value per Lyon County:  $43,900** | Fee Simple | $0.00 | Debtor estimate | **$45,000.00** |
| --- | --- | --- | --- | --- |

55.5.  **401 Weaver, Emporia,
       KS  66801**

       **Parcel ID
       1961401008008000
       Brief Tax Description
       GOLDEN GARDENS,
       S14, T19S, R11E,
       ACRES 0.3, LT 16 &
       S17 LT 15 & N1/2
       VAC CULVER ST ADJ
       BLK 4 (92.0 X 165.0)**

       **Approx. $15,000 sq
       feet**

       **Lyon County value:
       $59,890**

       **This real estate is
       also secured by a
       mortgage to ESB
       Financial in the
       amount of $103,000**

| **along with two other pieces of real estate** | Fee Simple | Unknown | Debtor estimate | **$60,000.00** |
| --- | --- | --- | --- | --- |

55.6.   **1407 Walnut,**
     **Emporia, KS 66801**

     **Parcel ID**
     **1920901017021000**
     **Brief Tax Description**
     **MASON W.**
     **MCCARTY'S ADDN,**
     **S09, T19S, R11E,**
     **ACRES 0.1, LT 31**
     **WALNUT ST (50.0 X**
     **130.0)**

     **Value per Lyon**
     **County: $79,200**

     **This real estate is**
     **also secured by a**
     **lien to ESB Financial**
     **in the amount of**
     **$103,000 along with**
     **two other pieces of**
     **real estate**      **Fee Simple**      **Unknown**      **Debtor opinion**      **$80,000.00**

---

56.   **Total of Part 9.**                                   **$515,000.00**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 10:   Intangibles and Intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No. Go to Part 11.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** <br> debtor's website | **Unknown** | | **Unknown** |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** <br> customer list from 10 years of service | **Unknown** | | **Unknown** |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

| | $0.00 |
|---|---|

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   - ■ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ■ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

**All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

   - ☐ No. Go to Part 12.
   - ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
**Debtor retains worker's compensation and liability insurance through Auto-Owners Insurance Co and Missouri Employers Mutual. Debtor also has insurance on business vehicles through American Family insurance.**

| | $0.00 |
|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

| | $0.00 |
|---|---|

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

Debtor **Moore Roofing LLC**
<span style="font-size:smaller">Name</span>

Case number *(if known)* _____

| Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $66,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................> | | $515,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $77,000.00   + 91b. | $515,000.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92

$592,000.00

## EXHIBIT B

### MONTHLY OPERATING REPORTS FILED WITH THE COURT

**See June-September 2023 Monthly Operating Reports attached**

**October 2023 report is in preparation and will be filed after this Plan has been submitted.**

**Fill in this information to identify the case:**

Debtor Name: Moore Roofing LLC

United States Bankruptcy Court for the: District of Kansas

Case number: 23-21139

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: October 2023

Date report filed: 12/12/2023
MM / DD / YYYY

Line of business: Roofing

NAISC code: 2389

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Mitch Moore

Original signature of responsible party: *(signature)*

Printed name of responsible party: Mitch Moore

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?          ❏  ☑  ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?          ❏  ☑  ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 6,073.82

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 95,544.48

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 73,402.33

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 22,142.15

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 28,215.97

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 0

*(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**      $ 45,075.91

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?      5

27. What is the number of employees as of the date of this monthly report?      5

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?      $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ 1,065.00

30. How much have you paid this month in other professional fees?      $ 0.00

31. How much have you paid in total other professional fees since filing the case?      $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 32-34 of this report. | | Subtract Column B from Column A. |
| 32. Cash receipts | $ | − | $ 95,544.48 | = | $ |
| 33. Cash disbursements | $ | − | $ 73,402.33 | = | $ |
| 34. Net cash flow | $ | − | $ 22,142.15 | = | $ |

35. Total projected cash receipts for the next month:      $ 80,000.00

36. Total projected cash disbursements for the next month:      − $ 70,000.00

37. Total projected net cash flow for the next month:      = $ 10,000.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.



**ESB FINANCIAL**
BANKING • INVESTMENTS • TRUST • MORTGAGE

**PO Box 807**
**Emporia, KS 66801-0807**

**RETURN SERVICE REQUESTED**

MOORE ROOFING LLC
MATERIAL ACCOUNT
610 LAKEVIEW ST
EMPORIA KS 66801-3240

## Statement Ending 10/31/2023

Moore Roofing LLC
Account Number: XXXXXXXX69

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Bank | ESB Financial Merchant |
| ℹ | Phone Number | 1-620-342-3454<br>1-877-342-3459 |
| ✉ | Mailing Address | 801 Merchant<br>Emporia, KS 66801 |
| ▭ | Website | www.esbfinancial.com |

IT'S THAT TIME OF YEAR TO GIVE THANKS FOR OUR BLESSINGS...AND ESB FINANCIAL IS THANKFUL FOR YOU!

WE HOPE YOU HAVE A BLESSED THANKSGIVING FILLED WITH LOVE, LAUGHTER AND GRATITUDE!

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| | | |

## Small Business-XXXXXXXX69

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2023 | Beginning Balance | $4,430.90 |
| | 8 Credit(s) This Period | $50,212.57 |
| | 31 Debit(s) This Period | $43,257.82 |
| 10/31/2023 | Ending Balance | $11,385.65 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 10/10/2023 | Deposit | $19,800.00 |
| 10/17/2023 | Deposit | $11,700.00 |
| 10/19/2023 | Deposit | $4,000.00 |
| 10/20/2023 | Deposit | $6,757.88 |
| 10/27/2023 | Deposit | $1,560.00 |
| | | 5 item(s) totaling $43,817.88 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 10/10/2023 | IB Transfer Deposit<br>IB Transfer from XXXXXXX250 | $1,000.00 |
| 10/10/2023 | IB Transfer Deposit<br>IB Transfer from XXXXXXX250 | $1,000.00 |
| | | 2 item(s) totaling $2,000.00 |


Member FDIC
EQUAL HOUSING LENDER

## Small Business-XXXXXXXX69 (continued)

### Other Credits

| Date | Description | Amount |
|------|-------------|--------|
| 10/19/2023 | Check Returned 585 | $4,394.69 |
| | Ret-NSF Not Sufficient Funds | |

1 item(s) totaling $4,394.69

### Electronic Debits

| Date | Description | Amount |
|------|-------------|--------|
| 10/04/2023 | Debit Card purchase<br>HARDEES 1500157 EMPORIA KS #2333 | $5.74 |
| 10/05/2023 | Debit Card purchase<br>HARDEES 1500157 EMPORIA KS #2333 | $5.84 |
| 10/06/2023 | Debit Card purchase<br>HARDEES 1500157 EMPORIA KS #2333 | $8.77 |
| 10/06/2023 | Debit Card purchase<br>ABC SUPPLY 0097 316-9433336 KS #2333 | $1,213.21 |
| 10/10/2023 | Debit Card purchase<br>265 BRAUMS STORE EMPORIA KS #2333 | $2.48 |
| 10/10/2023 | Debit Card purchase<br>MCDONALD'S F3429 EMPORIA KS #2333 | $9.40 |
| 10/10/2023 | Debit Card purchase<br>STARBUCKS 800-78 SEATTLE WA #2333 | $25.00 |
| 10/12/2023 | Debit Card purchase<br>MCDONALD'S F3429 EMPORIA KS #2333 | $7.69 |
| 10/13/2023 | Debit Card purchase<br>J'S CARRYOUT EMPORIA KS #2333 | $22.95 |
| 10/16/2023 | Debit Card purchase<br>MCDONALD'S F3429 EMPORIA KS #2333 | $7.69 |
| 10/17/2023 | Debit Card purchase<br>CIRCLE K 2721615 EMPORIA KS #2333 | $3.04 |
| 10/17/2023 | Debit Card purchase<br>CIRCLE K 2721615 EMPORIA KS #2333 | $55.01 |
| 10/18/2023 | Debit Card purchase<br>SONIC #1952 EMPORIA KS #2333 | $5.57 |
| 10/18/2023 | Debit Card purchase<br>MCDONALD'S F3429 EMPORIA KS #2333 | $11.89 |
| 10/18/2023 | Debit Card purchase<br>STARBUCKS 800-78 SEATTLE WA #2333 | $25.00 |
| 10/18/2023 | IB Transfer W/D<br>IB Transfer to XXXXXXX250 | $1,000.00 |
| 10/19/2023 | Debit Card purchase<br>MR G'S CAR WASH EMPORIA KS #2333 | $9.00 |
| 10/19/2023 | Debit Card purchase<br>WAL-MART #0557 EMPORIA KS #2333 | $15.00 |
| 10/20/2023 | Debit Card purchase<br>265 BRAUMS STORE EMPORIA KS #2333 | $2.48 |
| 10/20/2023 | Debit Card purchase<br>TACO BELL 024469 EMPORIA KS #2333 | $7.90 |
| 10/23/2023 | Debit Card purchase<br>SONIC #1952 EMPORIA KS #2333 | $5.57 |
| 10/25/2023 | Debit Card purchase<br>HARDEES 1500157 EMPORIA KS #2333 | $2.70 |
| 10/27/2023 | Debit Card purchase<br>HARDEES 1500157 EMPORIA KS #2333 | $8.77 |

24 item(s) totaling $3,066.76

## Small Business-XXXXXXXX69 (continued)

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 10/19/2023 | OD FEE-returned item<br>585 4,394.69 | $32.00 |

1 item(s) totaling $32.00

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|
| 530 | 10/10/2023 | $8,412.19 | 585 | 10/18/2023 | $4,394.69 |
| 583* | 10/11/2023 | $16,000.00 | | | |
| 584 | 10/18/2023 | $6,320.72 | 586 | 10/20/2023 | $637.75 |

* Indicates skipped check number

6 item(s) totaling $40,160.04

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 10/01/2023 | $4,430.90 | 10/11/2023 | $543.19 | 10/19/2023 | $8,127.63 |
| 10/03/2023 | $5,425.42 | 10/12/2023 | $535.50 | 10/20/2023 | $14,237.38 |
| 10/04/2023 | $5,420.08 | 10/13/2023 | $512.55 | 10/23/2023 | $14,231.81 |
| 10/05/2023 | $5,414.24 | 10/16/2023 | $504.86 | 10/24/2023 | $9,837.12 |
| 10/06/2023 | $4,192.26 | 10/17/2023 | $12,146.81 | 10/25/2023 | $9,834.42 |
| 10/10/2023 | $16,543.19 | 10/18/2023 | -$211.08 | 10/27/2023 | $11,385.65 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|------|----------------------|--------------------|
| **Total Overdraft Fees** | $0.00 | $54.00 |
| **Total Returned Item Fees** | $32.00 | $32.00 |

You have been charged an overdraft fee. There may be cheaper alternative products that may be better suited for your needs. Please call Client Services at 877-342-3459 to discuss other options or visit us in person.



$19,800.00  10/10/2023



$11,700.00  10/17/2023



$4,000.00  10/19/2023



$6,757.88  10/20/2023



$1,560.00  10/27/2023



530  $8,412.19  10/10/2023



583  $16,000.00  10/11/2023



584  $6,320.72  10/18/2023



585  $4,394.69  10/24/2023



586  $637.75  10/20/2023

## PLEASE DIRECT PAYMENTS AND INQUIRIES TO

ESB Financial - Emporia, P.O. Box 807, Emporia, KS 66801 (620) 342-3454
ESB Financial - Manhattan, P.O. Box 1920, Manhattan, KS 66505 (785) 539-3553

## TERMS & CONDITIONS

All deposits to, withdrawals from or other transactions in your accounts are subject to the terms and conditions of the agreement you received when you opened your account, as amended from time to time, in accordance with your account agreement.

## BILLING RIGHTS SUMMARY
(the following does not apply to Business Line of Credit Accounts)

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you think your statement or receipt is wrong, or you need more information about an electonic transfer (ie., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us to the address listed above, as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

You don't have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate, we cannot report you as delinquent or take any action to collect the amount in question.

## IMPORTANT INFORMATION FOR REVOLVING CREDIT ACCOUNTS

Periodic FINANCE CHARGES for credit advances under your Credit Line will begin to accrue on the date credit advances are posted to your Credit Line. There is no "free ride period" which would allow you to avoid a FINANCE CHARGE on your Credit Line credit advances. A daily FINANCE CHARGE will be imposed on all credit advances made under your Credit Line imposed from the date of each credit advance based on the "daily balance" method. To get the daily balance, we take the beginning balance of your Credit Line Account each day, add any new advances and subtract any payments or credits and any unpaid FINANCE CHARGES. This gives us the "daily balance." Any FINANCE CHARGE is determined by applying the "Periodic Rate" to the balance described herein. Then we add together the periodic FINANCE CHARGES for each day in the billing cycle. This is your FINANCE CHARGE calculated by applying a Periodic Rate.

## CHECKBOOK RECONCILIATION

| | | | List All Outstanding Checks, ATM and Other Electronic Withdrawals | |
|---|---|---|---|---|
| | | | **Number** | **Amount** |
| **Bank Balance Shown On This Statement** | $ _____ | | | |
| **Plus** Deposits Not Shown on this Statement | $ _____ | | | |
| **Less** Total Outstanding | $ _____ | | | |
| **Total** This is Your Bank Balance | $ _____ | | | |
| (Should agree with checkbook balance after deducting service charges, if any) | | | | |
| | | | Total Outstanding | |



THIS PAGE IS LEFT INTENTIONALLY BLANK



**PO Box 807**
**Emporia, KS 66801-0807**

**RETURN SERVICE REQUESTED**

MOORE ROOFING LLC
OPERATING ACCOUNT
610 LAKEVIEW ST
EMPORIA KS 66801-3240

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Bank | ESB Financial Merchant |
| ⓘ | Phone Number | 1-620-342-3454 1-877-342-3459 |
| ✉ | Mailing Address | 801 Merchant Emporia, KS 66801 |
| ▭ | Website | www.esbfinancial.com |

IT'S THAT TIME OF YEAR TO GIVE THANKS FOR OUR BLESSINGS…AND ESB FINANCIAL IS THANKFUL FOR YOU!

WE HOPE YOU HAVE A BLESSED THANKSGIVING FILLED WITH LOVE, LAUGHTER AND GRATITUDE!

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Small Business | XXXXXXXX50 | $16,830.32 |

## Small Business-XXXXXXXX50

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2023 | **Beginning Balance** | **$1,642.92** |
| | 12 Credit(s) This Period | $45,331.91 |
| | 149 Debit(s) This Period | $30,144.51 |
| 10/31/2023 | **Ending Balance** | **$16,830.32** |
| | Service Charges | $6.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 10/02/2023 | Deposit | $1,953.00 |
| 10/03/2023 | Deposit | $7,438.58 |
| 10/06/2023 | Deposit | $3,193.00 |
| 10/13/2023 | Deposit | $1,853.45 |
| 10/19/2023 | Deposit | $520.50 |
| 10/20/2023 | Deposit | $8,441.35 |
| 10/24/2023 | Deposit | $6,205.46 |
| 10/27/2023 | Deposit | $5,200.00 |
| 10/30/2023 | Deposit | $7,888.07 |

9 item(s) totaling $42,693.41

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 10/09/2023 | ACH Deposit VENMO CASHOUT | $450.00 |
| 10/03/2023 | ACH Deposit VENMO CASHOUT | $588.50 |



## Small Business-XXXXXXXX50 (continued)

### Electronic Credits (continued)

| Date | Description | Amount |
|---|---|---|
| 10/18/2023 | IB Transfer Deposit<br>IB Transfer from XXXXXXX269 | $1,600.00 |

3 item(s) totaling $2,638.50

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 10/02/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $4.83 |
| 10/02/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $8.68 |
| 10/02/2023 | Debit Card purchase<br>TACO BELL 024469 EMPORIA KS #4683 | $24.26 |
| 10/02/2023 | Debit Card purchase<br>DD DOORDASH TACO 855-973-1040 CA #0639 | $29.23 |
| 10/02/2023 | Debit Card purchase<br>TEXAS ROADHOUSE TOPEKA KS #0639 | $61.60 |
| 10/02/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $63.52 |
| 10/02/2023 | Debit Card purchase<br>EMPORIA-TRANSER EMPORIA KS #4683 | $66.75 |
| 10/02/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $99.25 |
| 10/02/2023 | Debit Card RCR Pymt<br>Google LLC GSUIT 650-2530000 CA #0639 | $6.00 |
| 10/02/2023 | ACH Payment<br>ENCOMPASS INS PAYMENT ACH.EZPR09010 S | $811.14 |
| 10/02/2023 | IB Transfer W/D<br>IB Transfer to XXXXXXX8681 | $10.00 |
| 10/02/2023 | IB Transfer W/D<br>IB Transfer to XXXXXXX9254 | $665.00 |
| 10/03/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $8.19 |
| 10/03/2023 | IB Transfer W/D<br>IB Transfer to XXXXXXX8681 | $400.00 |
| 10/03/2023 | IB Transfer W/D<br>IB Transfer to XXXXXXX289 | $1,000.00 |
| 10/04/2023 | Debit Card purchase<br>SONIC #1952 EMPORIA KS #4683 | $17.53 |
| 10/04/2023 | Debit Card purchase<br>ARBY'S 5004050 EMPORIA KS #4683 | $24.07 |
| 10/04/2023 | Debit Card purchase<br>DD DOORDASH FRED 855-973-1040 CA #0639 | $35.06 |
| 10/04/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $64.97 |
| 10/04/2023 | Debit Card purchase<br>L AND L PETS EMPORIA KS #0639 | $96.54 |
| 10/04/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $100.05 |
| 10/05/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $31.30 |
| 10/05/2023 | Debit Card purchase<br>DILLONS 5001 866-576-4377 KS #0639 | $101.44 |
| 10/06/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $6.51 |
| 10/06/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $12.46 |
| 10/06/2023 | Debit Card purchase<br>MCDONALD'S F3429 EMPORIA KS #4683 | $23.49 |

## Small Business-XXXXXXXX50 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 10/06/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $4.06 |
| 10/10/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $4.58 |
| 10/10/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $7.00 |
| 10/10/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $8.00 |
| 10/10/2023 | Debit Card purchase<br>SONIC #1952 620-342-8675 KS #0639 | $9.66 |
| 10/10/2023 | Debit Card purchase<br>J'S CARRYOUT EMPORIA KS #4683 | $13.53 |
| 10/10/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0939 | $29.00 |
| 10/10/2023 | Debit Card purchase<br>DD DOORDASH TACO 855-973-1040 CA #0639 | $29.23 |
| 10/10/2023 | Debit Card purchase<br>DILLONS 5001 866-578-4377 KS #0639 | $48.42 |
| 10/10/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $54.97 |
| 10/10/2023 | Debit Card purchase<br>KANSAS.NET, LLC. 620-412-9880 KS #0639 | $244.09 |
| 10/10/2023 | IB Transfer W/D<br>IB Transfer to XXXXXXX269 | $1,000.00 |
| 10/11/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $15.16 |
| 10/11/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $18.23 |
| 10/11/2023 | Debit Card purchase<br>PIZZA HUT 002653 HTTPS://IPCHA KS #0639 | $66.20 |
| 10/11/2023 | Debit Card RCR Pymt<br>INTUIT * PayrollE CL.INTUIT.COM CA #0639 | $48.83 |
| 10/11/2023 | ACH Payment<br>KANSAS GAS SERVI UTIL PAYMT | $47.62 |
| 10/11/2023 | ACH Payment<br>EVERGY KS CTRL WEB PAY EVERGY KS CTRL WEB | $182.75 |
| 10/11/2023 | ACH Payment<br>DS. CELLULAR CELLULAR | $249.12 |
| 10/11/2023 | ACH Payment<br>EVERGY KS CTRL WEB PAY EVERGY KS CTRL WEB | $259.77 |
| 10/11/2023 | ACH Payment<br>CITY OF EMPORIA UTILITY | $559.22 |
| 10/12/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $5.85 |
| 10/12/2023 | Debit Card purchase<br>MCDONALD'S F3420 EMPORIA KS #4683 | $11.70 |
| 10/12/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $17.50 |
| 10/12/2023 | Debit Card purchase<br>DILLONS #0039 EMPORIA KS #4683 | $31.54 |
| 10/12/2023 | Debit Card purchase<br>DD DOORDASH ABEL 855-973-1040 CA #0639 | $33.26 |
| 10/12/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $49.66 |
| 10/12/2023 | Debit Card purchase<br>CITY OF EMPORIA 620-343-4250 KS #4683 | $101.66 |
| 10/13/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $4.99 |

## Small Business-XXXXXXXX50 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 10/13/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $7.36 |
| 10/13/2023 | Debit Card purchase<br>MARK II LUMBER EMPORIA KS #4683 | $56.38 |
| 10/13/2023 | ACH Payment<br>IPFS866-412-2561 IPFSPMTMOK | $721.95 |
| 10/16/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $4.87 |
| 10/16/2023 | Debit Card purchase<br>SUTHERLANDS 4308 EMPORIA KS #4683 | $12.03 |
| 10/16/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $30.05 |
| 10/16/2023 | Debit Card purchase<br>BLUESTEM FARM & EMPORIA KS #0639 | $42.27 |
| 10/16/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $66.05 |
| 10/16/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $100.00 |
| 10/16/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $135.00 |
| 10/16/2023 | Debit Card RCR Pymt<br>VZWRLSS* APOCC VI 800-922-0204 FL #0639 | $182.37 |
| 10/17/2023 | Debit Card purchase<br>CASA DE MEXICA EMPORIA KS #0639 | $10.96 |
| 10/17/2023 | Debit Card purchase<br>City of Lawrence 704-817-2500 NC #0639 | $25.00 |
| 10/17/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $64.20 |
| 10/17/2023 | Debit Card purchase<br>EMPORIA-TRANSER EMPORIA KS #4683 | $130.47 |
| 10/18/2023 | Debit Card purchase<br>BLUESTEM FARM & EMPORIA KS #0639 | $7.15 |
| 10/18/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $8.25 |
| 10/18/2023 | Debit Card purchase<br>MCDONALD'S F1298 EMPORIA KS #4683 | $11.59 |
| 10/18/2023 | Debit Card purchase<br>MARK II LUMBER EMPORIA KS #4683 | $129.06 |
| 10/18/2023 | ATM Foreign Withdraw<br>COTTONWOOD FA KS #0639 | $43.00 |
| 10/19/2023 | Debit Card purchase<br>QT 268 INSIDE LAWRENCE KS #0639 | $7.89 |
| 10/19/2023 | Debit Card purchase<br>FREDDY'S 12-0003 EMPORIA KS #4683 | $23.41 |
| 10/19/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $50.01 |
| 10/19/2023 | Debit Card RCR Pymt<br>APPLE.COM/BILL 866-712-7753 CA #0639 | $0.99 |
| 10/20/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $11.60 |
| 10/20/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $18.77 |
| 10/20/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $20.00 |
| 10/20/2023 | Debit Card purchase<br>DILLONS 5001 866-576-4377 KS #0639 | $25.44 |
| 10/20/2023 | Debit Card purchase<br>DD DOORDASH FRED 855-973-1040 CA #0639 | $30.50 |

## Small Business-XXXXXXXX50 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 10/20/2023 | Debit Card purchase<br>DD DOORDASH ABEL 855-973-1040 CA #0639 | $32.95 |
| 10/20/2023 | Debit Card purchase<br>DILLONS #0039 EMPORIA KS #4683 | $40.63 |
| 10/23/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $3.42 |
| 10/23/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $5.31 |
| 10/23/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $11.27 |
| 10/23/2023 | Debit Card purchase<br>MARK II LUMBER EMPORIA KS #4683 | $22.77 |
| 10/23/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $25.03 |
| 10/23/2023 | Debit Card purchase<br>SUTHERLANDS 4308 EMPORIA KS #4683 | $32.84 |
| 10/23/2023 | Debit Card RCR Pymt<br>APPLE COM BILL CUPERTINO CA #0639 | $10.84 |
| 10/24/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $7.79 |
| 10/24/2023 | Debit Card purchase<br>WENDYS 12900 EMPORIA KS #4683 | $22.55 |
| 10/24/2023 | Debit Card purchase<br>DD DOORDASH MCDO 855-973-1040 CA #0639 | $38.06 |
| 10/24/2023 | Debit Card purchase<br>EMPORIA TRANSER EMPORIA KS #4683 | $68.85 |
| 10/25/2023 | Debit Card purchase<br>BLUESTEM FARM & EMPORIA KS #0639 | $3.24 |
| 10/25/2023 | Debit Card purchase<br>APPLE COM BILL CUPERTINO CA #0639 | $13.01 |
| 10/25/2023 | Debit Card purchase<br>SQ * KATIE CROOK GOSQ.COM KS #0639 | $30.00 |
| 10/26/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $7.10 |
| 10/26/2023 | Debit Card purchase<br>Wal-Mart Super C EMPORIA KS #0639 | $24.05 |
| 10/26/2023 | Debit Card purchase<br>BP#8437014MAX'S 855-274-7797 KS #0639 | $40.01 |
| 10/26/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #0639 | $40.05 |
| 10/27/2023 | Debit Card purchase<br>DD DOORDASH FRED 855-973-1040 CA #0639 | $30.50 |
| 10/27/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $64.56 |
| 10/30/2023 | Debit Card purchase<br>ARBY'B 5004050 EMPORIA KS #4683 | $7.60 |
| 10/30/2023 | Debit Card purchase<br>SONIC #1952 620-342-8875 KS #0639 | $8.50 |
| 10/30/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #0639 | $10.50 |
| 10/30/2023 | Debit Card purchase<br>BP#8437014MAX'S EMPORIA KS #4683 | $13.51 |
| 10/30/2023 | Debit Card purchase<br>FREDDY'S 12-0003 EMPORIA KS #4683 | $22.11 |
| 10/30/2023 | ACH Payment<br>BCBS OF KANSAS PREMIUM | $85.55 |
| 10/30/2023 | ACH Payment<br>BCBS OF KANSAS PREMIUM | $85.56 |

## Small Business-XXXXXXXX50 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 10/30/2023 | ACH Payment<br>BCBS OF KANSAS PREMIUM | $546.38 |
| 10/31/2023 | Debit Card purchase<br>KFC F975001 EMPORIA KS #4683 | $23.31 |
| 10/31/2023 | Debit Card purchase<br>DD DOORDASH MCDO 855-973-1040 CA #0639 | $29.10 |
| 10/31/2023 | ACH Payment<br>ENCOMPASS INS PAYMENT ACH.EZPR09010 S | $811.14 |

117 item(s) totaling $11,173.19

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 10/31/2023 | Miscellaneous Fee<br>Cash Management Access Fee | $9.95 |

2 item(s) totaling $15.95

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|
| 590 | 10/04/2023 | $81.00 | 7686 | 10/11/2023 | $50.00 |
| | | | | | |
| 592 | 10/11/2023 | $60.00 | 7688 | 10/16/2023 | $473.70 |
| 7673* | 10/02/2023 | $569.80 | 7689 | 10/23/2023 | $657.86 |
| 7675* | 10/04/2023 | $200.00 | 7690 | 10/23/2023 | $267.05 |
| 7676 | 10/05/2023 | $267.05 | 7691 | 10/23/2023 | $978.02 |
| 7677 | 10/05/2023 | $978.02 | 7692 | 10/20/2023 | $978.02 |
| 7678 | 10/05/2023 | | 7693 | 10/23/2023 | $329.48 |
| 7679 | 10/10/2023 | $267.05 | 7694 | 10/20/2023 | $452.92 |
| 7680 | 10/10/2023 | $978.02 | 7695 | 10/25/2023 | $3,300.00 |
| 7681 | 10/10/2023 | $91.35 | 7696 | 10/30/2023 | $267.05 |
| 7682 | 10/11/2023 | $461.46 | 7697 | 10/30/2023 | $978.02 |
| 7683 | 10/06/2023 | $640.09 | 7698 | 10/27/2023 | $978.02 |
| 7684 | 10/11/2023 | $1,210.00 | 7699 | 10/31/2023 | $276.51 |
| 7685 | 10/11/2023 | $978.02 | 7700 | 10/27/2023 | $381.79 |

* Indicates skipped check number

30 item(s) totaling $18,955.37

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 10/01/2023 | $1,642.92 | 10/12/2023 | $1,682.64 | 10/24/2023 | $11,835.37 |
| 10/02/2023 | $1,175.86 | 10/13/2023 | $2,027.55 | 10/25/2023 | |
| 10/03/2023 | $8,244.75 | 10/16/2023 | $714.16 | 10/26/2023 | $8,377.91 |
| 10/04/2023 | $7,625.53 | 10/17/2023 | $493.53 | 10/27/2023 | $12,123.04 |
| 10/05/2023 | $5,269.70 | 10/18/2023 | $184.48 | 10/30/2023 | $17,986.33 |
| 10/06/2023 | $7,715.09 | 10/19/2023 | | 10/31/2023 | $16,830.32 |
| 10/10/2023 | $4,930.19 | 10/20/2023 | $7,453.19 | | |
| 10/11/2023 | $1,093.81 | 10/23/2023 | $5,767.16 | | |



$1,953.00  10/2/2023



$7,438.58  10/3/2023



$3,193.00  10/6/2023



$1,853.45  10/13/2023



$520.50  10/19/2023



$8,441.35  10/20/2023



$6,205.46  10/24/2023



$5,200.00  10/27/2023



$7,888.07  10/30/2023



590  $81.00  10/4/2023



591  $60.00  10/13/2023



592  $60.00  10/11/2023



7673  $569.80  10/2/2023



7675  $200.00  10/4/2023



7676  $267.05  10/5/2023



7677  $978.02  10/5/2023



7678  $978.02  10/5/2023



7679  $267.05  10/10/2023



7680   $978.02   10/10/2023



7681   $91.35   10/10/2023



7682   $461.46   10/11/2023



7683   $640.09   10/6/2023

7684   $1,710.00   10/18/2023



7685   $978.02   10/11/2023



7686   $50.10   10/11/2023



7687   $267.05   10/16/2023



7688   $473.70   10/16/2023



7689   $657.96   10/13/2023



7690   $267.05   10/23/2023



7691   $978.02   10/23/2023



7692   $978.02   10/20/2023



7693   $329.48   10/23/2023



7694   $432.92   10/20/2023



7695   $3,300.00   10/25/2023



7696   $267.05   10/30/2023



7697   $978.02   10/30/2023





7698    $978.02    10/27/2023         7699    $276.51    10/31/2023         7700    $391.79    10/27/2023

THIS PAGE IS LEFT INTENTIONALLY BLANK

## PLEASE DIRECT PAYMENTS AND INQUIRIES TO

ESB Financial - Emporia, P.O. Box 807, Emporia, KS 66801 (620) 342-3454
ESB Financial - Manhattan, P.O. Box 1920, Manhattan, KS 66505 (785) 539-3553

## TERMS & CONDITIONS

All deposits to, withdrawals from or other transactions in your accounts are subject to the terms and conditions of the agreement you received when you opened your account, as amended from time to time, in accordance with your account agreement.

## BILLING RIGHTS SUMMARY
(the following does not apply to Business Line of Credit Accounts)

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you think your statement or receipt is wrong, or you need more information about an electronic transfer (ie., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us to the address listed above, as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

You don't have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate, we cannot report you as delinquent or take any action to collect the amount in question.

### IMPORTANT INFORMATION FOR REVOLVING CREDIT ACCOUNTS

Periodic FINANCE CHARGES for credit advances under your Credit Line will begin to accrue on the date credit advances are posted to your Credit Line. There is no "free ride period" which would allow you to avoid a FINANCE CHARGE on your Credit Line credit advances. A daily FINANCE CHARGE will be imposed on all credit advances made under your Credit Line imposed from the date of each credit advance based on the "daily balance" method. To get the daily balance, we take the beginning balance of your Credit Line Account each day, add any new advances and subtract any payments or credits and any unpaid FINANCE CHARGES. This gives us the "daily balance." Any FINANCE CHARGE is determined by applying the "Periodic Rate" to the balance described herein. Then we add together the periodic FINANCE CHARGES for each day in the billing cycle. This is your FINANCE CHARGE calculated by applying a Periodic Rate.

## CHECKBOOK RECONCILIATION

List All Outstanding Checks, ATM and Other Electronic Withdrawals

| Number | Amount |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| Total Outstanding | |

**Bank Balance Shown On This Statement**  $ _____

**Plus**   Deposits Not Shown
on this Statement    $ _____

**Less**   Total Outstanding    $ _____

**Total**   This is Your Bank Balance    $ _____

(Should agree with checkbook balance after deducting service charges, if any)



MEMBER
FDIC

THIS PAGE IS LEFT INTENTIONALLY BLANK

# EXHIBIT C

## JANUARY-AUGUST 2023 PROFIT AND LOSS

Tax Returns for the years 2020-2022 are available upon request.

# Moore Roofing
## Profit & Loss
### January 1 through August 9, 2023

|  | Jan 1 - Aug 9, 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Rental Income** | |
| 812 E 6th Spectrum | 2,856.16 |
| 702 W 6th | 6,533.64 |
| Chestnut | 600.00 |
| Parking Lot | 205.00 |
| 1407 Walnut | 225.00 |
| Rental Income - Other | 10,062.37 |
| **Total Rental Income** | 20,482.17 |
| Job Income | 611,946.39 |
| Uncategorized Income | 6,067.30 |
| **Total Income** | 638,495.86 |
| **Cost of Goods Sold** | |
| Job Materials Purchased | 164,293.30 |
| **Other Job Related Costs** | |
| Permits | 2,386.50 |
| Trash | 400.42 |
| **Total Other Job Related Costs** | 2,786.92 |
| **Subcontractors Expense** | 83,982.00 |
| **Total COGS** | 251,062.22 |
| **Gross Profit** | 387,433.64 |
| **Expense** | |
| Healthcare | 7,991.94 |
| Car Wash Supplies | 12.00 |
| **Rental Property** | |
| Spectrum Building | 1,716.35 |
| 401 Weaver | 765.00 |
| 1407 Walnut | 4,148.26 |
| **Total Rental Property** | 6,629.61 |
| **Salaries & Wages** | 146,710.52 |
| Advertising | 338.00 |
| **Auto and Truck Expenses** | |
| Tolls | 28.00 |
| Maintenance | 2,118.49 |
| Fuel | 13,155.78 |
| Auto and Truck Expenses - Other | 1,145.73 |
| **Total Auto and Truck Expenses** | 16,448.00 |
| **Bank Service Charges** | 1,125.15 |
| **Business Licenses and Permits** | 100.00 |
| **Charitable Contributions** | 840.00 |
| **Computer and Internet Expenses** | 2,405.70 |
| **Dues and Subscriptions** | 974.79 |
| **Fully Deductible Meals** | 6,659.71 |
| **Insurance Expense** | |
| Auto Insurance | 2,100.44 |
| Insurance Expense - Other | 8,113.55 |
| **Total Insurance Expense** | 10,213.99 |
| **Meals and Entertainment** | 3,609.55 |
| **Office Supplies** | 3,314.88 |
| **Payroll Software Expenses** | 1,501.68 |

# Moore Roofing
## Profit & Loss
### January 1 through August 9, 2023

| | Jan 1 - Aug 9, 23 |
|---|---|
| **Payroll Taxes** | |
|    SUTA | 120.19 |
|    FICA | 11,223.36 |
|    Federal Unemployment | 242.40 |
| **Total Payroll Taxes** | 11,585.95 |
| | |
| **Professional Fees** | 841.38 |
| **Repairs and Maintenance** | 60.00 |
| **Supplies** | 2,105.78 |
| **Telephone Expense** | 3,278.43 |
| **Uncategorized Expense** | 1,111.15 |
| **Utilities** | |
|    610 Lakeview | 487.36 |
|    401 Weaver | 829.95 |
|    401 1/2 Weaver | 29.70 |
|    Car Wash Utilities | 802.69 |
|    Utilities - Other | 11,361.07 |
| **Total Utilities** | 13,510.77 |
| **Total Expense** | 241,368.98 |
| **Net Ordinary Income** | 146,064.66 |
| **Other Income/Expense** | |
| **Other Income** | |
|    Scrap Income | 44.80 |
|    Interest Income | 0.58 |
| **Total Other Income** | 45.38 |
| **Other Expense** | |
|    Ask My Accountant | 22,947.42 |
| **Total Other Expense** | 22,947.42 |
| **Net Other Income** | -22,902.04 |
| **Net Income** | 123,162.62 |

## EXHIBIT D

**LEASES – Schedule G – Assumption of Executory Contracts and Unexpired Leases**

Debtor name **Moore Roofing LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **kease for use of 516 Chestnut by Mr. Riley** | |
| State the term remaining | **month to month** | **Austin Riley**<br>**516 Chestnut**<br>**Emporia, KS 66801** |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **oral lease for use of space; lease with debtor's principal's son** | |
| State the term remaining | **n/a** | **Casey Moore**<br>**401 Weaver**<br>**Emporia, KS 66801** |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **oral contract to permit Harry & Lloyds to use parking lot and vacant building for storage - $200/mo** | |
| State the term remaining | **n/a** | **Harry & Lloyd's**<br>**28 E 6th Ave,**<br>**Emporia, KS 66801** |
| List the contract number of any government contract | | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **lease with debtor's principal's daughter** | |
| State the term remaining | **month to month** | **Sadie Moore**<br>**1407 Walnut**<br>**Emporia, KS 66801** |
| List the contract number of any government contract | | |

Debtor 1 **Moore Roofing LLC**  Case number (*if known*) _____
　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Spectrum Powder Coating pays $1400/mo for use of one commercial property. Full disclosure, Mitch Moore, debtor's principal, owns 51% of Spectrum** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Spectrum Powder Coating** |
| | List the contract number of any government contract | | **702 W 6th Ave, Emporia, KS 66801** |

# EXHIBIT E.- PROJECTIONS OF CASH FLOW/EARNINGS
## POST CONFIRMATION PERIOD

| | Year 1<br>4/2024-3/2025 | Year 2<br>4/2025-3/2026 | Year 3<br>4/2026-3/2027 | Year 4<br>4/2027-3/2028 | Year 5<br>4/2028-3/2029 |
|---|---|---|---|---|---|
| **Gross Receipts:** | $1, 137,600<br>($94,800/month) | $1, 168,393<br>($97,366/month) | $1,183.600<br>($98,633.31/month) | $1, 265.040<br>($105,420/month) | $1,350,000<br>($108,000/month) |
| **Expenses**: | | | | | |
| Job Materials | $485,170<br>($40,430.83/month) | $486,000<br>($40,500.00/month) | $490,000<br>($40,483.33/month) | $495,000<br>($41,250/month) | $500,000<br>($41666.66/month) |
| Other Job Costs | $17,930<br>($1494.16/month) | $18,000<br>($1600.00/month) | $20,000<br>($1666.66/month) | $21,000<br>($1750/month) | $22,000<br>($1833.33/month) |
| Sub Contractor Expenses | $268,467<br>($22,372.25/month) | $268,467<br>($22,372.25/month) | $270,000<br>($22,500/month) | $275,000<br>($22916.66/month) | $280,000<br>($23333.33/month) |
| Salaries and wages | $201,906<br>($16,825.50/month) | $210,000<br>($17,500/month) | $210,000<br>($17,500/month) | $215,000<br>($17916.66/month) | $218,000<br>($18166.66/month) |
| Auto expenses | $53,284<br>($4,440.33/month) | $72,000<br>($6,000/month) | $84,000<br>($7,000/month) | $90,.000<br>($7,500/month) | $55,000<br>($4,583.33/month) |
| Insurance expenses | $29,084<br>($2,423.66/month) | $30,000<br>($2,500/month) | $30,000<br>($2,500/month) | $29,084<br>($2,423.66/month) | $30,000<br>($2500/month) |
| Office expenses | $7,585<br>($632.08/month) | $8,400<br>($700/month) | $8600<br>($716.66/month) | $9000<br>($750/month) | $10,000<br>($833.33/month) |
| Payroll taxes | $17,926<br>($1493.83/month) | $17,926<br>($1493.83/month) | $18,500<br>($1541.66/month) | $19,500<br>($1625/month) | $20,000<br>($1666.66/month) |
| Net income available after paying costs of operations | $56,248.32<br>($4687.36/month) | $56,400<br>($4700/month) | $56,700<br>($4725/month) | $111,456.25<br>($9,288.02/month) | $161,000<br>($13,416.70/month) |
| **Plan Payments** | | | | | |
| Administrative | $500/month average (including Subchapter V Trustee fees paid in lump sum)<br>($6,000/year) | $333.33/month<br>($4,000/year) | $0 | $0 | $0 |
| Credit Union of Emporia | $30.06 per month<br>($360.72/year)<br><br>$257.98/month<br>($3095.76/year) | $30.06 per month<br>($360.72/year)<br><br>$257.98/month<br>($3095.76/year) | $30.06 per month<br>($360.72/year)<br><br>$257.98/month<br>($3095.76/year) | $30.06 per month<br>($360.72/year)<br><br>$257.98/month<br>($3095.76/year) | $0 |
| Kaw Valley Bank | $1485.94/month<br>($17,831.28/year) | $1485.94/month<br>($17,831.28/year) | $1485.94/month<br>($17,831.28/year) | $1485.94/month<br>($17,831.28/year) | $1485.94/month<br>($17,831.28/year) |
| ESB Financial | $1252.12/month<br>($15,025.44/year) | $1252.12/month<br>($15,025.44/year) | $1252.12/month<br>($15,025.44/year) | $1252.12/month<br>($15,025.44/year) | $1252.12/month<br>($15,025.44/year) |

| | | | | | |
|---|---|---|---|---|---|
| SBA | $616.59/month ($7,399.08/year) | $616.59/month ($7,399.08/year) | $616.59/month ($7,399.08/year) | $616.59/month ($7,399.08/year) | |
| IRS | $532.81 monthly ($6,393.72/year) | $532.81 monthly ($6,393.72/year) | $532.81 monthly ($6,393.72/year) | $532.81 monthly ($6,393.72/year) | $0 |
| Unsecured Creditors | $0 | $166.67 monthly ($2,000/year) | $500 monthly ($6,000/year) | $5100 monthly ($61,200/year) | $10,761.94 monthly ($129,143.28/year) |
| **Total Plan Payments** | **$56,106/year ($4,675.50/month) Year 1** | **$56,106/year ($4,675.50/month) Year 2** | **$56,106/year ($4,675.50/month) Year 3** | **$111,306/year ($9,275.50/month) Year 4** | **$162,000/year (13,500/mo.) Year 5** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Assumptions:

(a) 5 year-increase in gross revenues of 13.9% cumulative over time with largest gains in years 4-5

(b) added investment in vehicle expenses in years 2-4

# EXHIBIT F

## LIQUIDATION ANALYSIS

| Assets: | | | |
|---|---|---|---|
| ESB Financial accounts as of 9/27/2023 Date of Filing | $9198.28 | | |
| Accounts Receivable | $8000 | | |
| Machinery and Tools | $6000 | | |
| Forklift | $9,000 | | |
| 2 trucks, 6 trailers | $51,000 | | |
| Laptops/furniture | $3,000 | | |
| Real estate (6 parcels) | $515,000 | | |
| Total Value | $601,198.28 | | |
| | | | |
| Less<br><br>Secured claims<br>ESB Financial – Claim 7: $143,739.11<br>Credit Union of Emporia (Claims 4 and 5): $12,145.88<br>Kaw Valley Bank (Claim 6) : $180,580.83<br>Lyon County Treasurer (no claim filed): $2900<br>SBA (Claim 9) - $26,000 | $365,365.82 = $235,832.56 | | |
| Less Hypothetical Chapter 7 Trustee Fees | | | |
| 25% of $5,000 = $1,250 | | | |
| 10% of $45,000 = $4,500<br>5% of $185,832.46 = $9,291.63<br><br>Total: $15041.63 | | | |
| | | | |
| | | | |
| Total Value minus Chapter 7 Fees and secured claims | $220,790.93 | | |
| | | | |
| Less | | | |
| Payments to priority creditors | $25,716.84 | | |
| Grand Total Value | $195,074.09 | | |
| | | | |
| General unsecured creditors will receive more through this Plan than in | | | |
| a theoretical Chapter 7 liquidation. | | | |

| Therefore, the Plan as proposed satisfies the requirements of | | | | |
|---|---|---|---|---|
| 11 U.S.C. § 1129(a)(7)(ii). | | | | |