# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

**IN RE:**
MOORE ROOFING LLC

Case Number: 23-21139-DLS
Chapter : 11

Debtor(s)

_____

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST
## REGARDING PLAN CONFIRMATION

Notice is hereby given that the **Debtor** has filed a **Chapter 11 Plan**, Dated January 11, 2024.

A non-evidentiary hearing on confirmation of the Chapter 11 Plan will be held on **March 14, 2024** beginning at **1:45pm** before the United States Bankruptcy Court, 500 State Avenue, Courtroom 144, Kansas City, Kansas, at which time the debtor(s) or its representative must personally appear.

September 27, 2023 is fixed as the date on which any equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the Chapter 11 Plan.

All objections to the **Chapter 11 Plan** should be filed with the Clerk of the Bankruptcy Court, 500 State Avenue, Room 161, Kansas City, Kansas 66101 on or before **February 22, 2024** and served upon counsel for the Debtor.

**February 22, 2024** is fixed as the last day for receipt of acceptances or rejections of the Chapter 11 Plan.  All ballots must be received at the address listed on the ballot prior to 4:00 p.m. on that date to be counted.

On or before **January 19, 2024**, there should be mailed to all parties in interest, or parties required to receive notice by the Code, a copy of this Notice, the Chapter 11 Plan, and appropriate forms for the acceptance or rejection of the Plan.  A certificate of service must be filed with the court no later than January 26, 2024, and a ballot summary no later than March 11, 2024.

Dated: <u>January 12, 2024</u>

<u>s/ Dale L. Somers</u>
Hon. Dale L. Somers
United States Bankruptcy Judge

In re:                                                              Case No. 23-21139-DLS

Moore Roofing LLC                                                   Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 1083-2                              User: admin                              Page 1 of 2

Date Rcvd: Jan 12, 2024                          Form ID: pdf020                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Moore Roofing LLC, 610 Lakeview St, Emporia, KS 66801-3240 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| George Matthew Barberich, Jr | mbarberich@brileyfin.com |
| John Nemecek | on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov |
| Jordan M Sickman | on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov |
| Patricia E. Hamilton | on behalf of Creditor Kaw Valley Bank phamilton@stevensbrand.com csmalley@stevensbrand.com;mcarroll@stevensbrand.com;jchappell@stevensbrand.com;aboyd@stevensbrand.com;jalberg@stevensbrand.com |
| Richard A Kear | on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov |

Ryan A Blay

on behalf of Debtor Moore Roofing LLC blay@wagonergroup.com
bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

U.S. Trustee

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 7