**SO ORDERED.**

**SIGNED this 12th day of January, 2024.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re: Moore Roofing, LLC,

Case No. 23-21139-11

     Debtor.

_____

## Order Granting Motion to Expedite Hearing
_____

Under Fed. R. Bankr. P. 9006(c), the United States Trustee moved the Court to shorten the time for giving notice of its motion to dismiss or convert this case for cause and to expedite the hearing. After review of the record, the Court finds that the motion should be **GRANTED** as laid out in this Order. The expedited hearing on the United States Trustee's motion to dismiss or convert as to insurance will be held by telephone before the U.S. Bankruptcy Court on

**January 19, 2024 at 10 a.m.** The remainder of the motion to dismiss

or convert will continue to be heard on **January 24, 2024, at 2:30**

**p.m.** as previously ordered. Current call in numbers are available at

ksb.uscourts.gov/docket.

   **IT IS SO ORDERED**.

                         # # #


Submitted by:

ILENE J. LASHINSKY,
UNITED STATES TRUSTEE

By: s/Richard A. Kear
Richard A. Kear, #20724
Trial Attorney
301 N. Main St., Suite 1150
Wichita, KS 67202
316-269-6213 (phone)
Richard.Kear@usdoj.gov

2

In re:                                   Case No. 23-21139-DLS

Moore Roofing LLC                   Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2024 | Form ID: pdf020 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

**Recip ID**                 **Recipient Name and Address**
db                      +   Moore Roofing LLC, 610 Lakeview St, Emporia, KS 66801-3240

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024                 Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George Matthew Barberich, Jr | mbarberich@brileyfin.com |
| John Nemecek | on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov |
| Jordan M Sickman | on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov |
| Patricia E. Hamilton | on behalf of Creditor Kaw Valley Bank phamilton@stevensbrand.com csmalley@stevensbrand.com;mcarroll@stevensbrand.com;jchappell@stevensbrand.com;aboyd@stevensbrand.com;jalberg@stevensbrand.com |
| Richard A Kear | on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov |

District/off: 1083-2

Date Rcvd: Jan 12, 2024

User: admin

Form ID: pdf020

Page 2 of 2

Total Noticed: 1

Ryan A Blay

    on behalf of Debtor Moore Roofing LLC blay@wagonergroup.com
bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

U.S. Trustee

    ustpregion20.wi.ecf@usdoj.gov

TOTAL: 7