IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

IN RE: MOORE ROOFING, LLC, ) Case No. 23-21139-DLS
)
Debtor. ) Chapter 11, Subchapter V

**NOTICE OF RULE 2004 EXAMINATION**

COMES NOW Creditor Kaw Valley Bank, by and through its counsel Patricia E. Hamilton of the firm of Stevens and Brand, LLP, will examine **Mitchell Moore** under oath on **Monday, February 5, 2024 at 1:00 p.m.** at the offices of Stevens & Brand, 4848 SW 21st Street, Suite 201, Topeka, Kansas 66604. The examination may continue from day to day until completed.

The examination is pursuant to Bankruptcy Rule 2004 and D. Kan. LBR 2004.1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to K. Kan. Local Rule 2004.1, no order shall be necessary.

The examinee is further requested to bring to the examination the following documents:

1. All Debtor's bank statements from December 2020 to the present;

2. A statement of wages paid by the Debtor since the filing date (September 27, 2023);

3. A statement of unpaid payroll taxes from the filing date to January 31, 2024;

4. Proof of workers compensation insurance from the filing date to January 31, 2024;

5. Copies of current roofing contracts for work performed that is unpaid as of January 31, 2024, and any roofing contracts executed on or before January 31, 2024, that have not been fully performed;

6. A statement of accrued but unpaid obligations since the filing date to January 31, 2024;

1

7. Invoices for Jeep improvements, enhancements, and expenses, including but not limited to invoices for the two $20,000 wire transfers reflected on Debtor's December 2020; and.

8. Copies of the purchase agreement and loan documents for the Jeep.

Undersigned counsel hereby certifies that she has contacted Debtor's counsel prior to filing this Notice to obtain a mutually agreeable date and time for the examination.

Respectfully submitted,

s/ *Patricia E. Hamilton*
Patricia E. Hamilton KS #13263
STEVENS & BRAND, LLP
4848 SW 21st Street, Suite 201
Topeka, KS 66604
785-408-8000 Phone; 408-8003 Fax
phamilton@stevensbrand.com
Counsel for Kaw Valley Bank

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the Notice of Rule 2004 Examination filed electronically on this 26th day of January, 2024, with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and was mailed by First Class Mail, postage prepaid, to:

| | |
|---|---|
| Moore Roofing, LLC<br>610 Lakeview<br>Emporia, KS 66801 | Robin Schuyler<br>Schuyler Reporting<br>13713 198th Rd.<br>Holton, KS 66436 |
| G. Matthew Barberich, Jr.<br>B. Riley Advisory Services<br>7101 College Boulevard, Suite 730<br>Overland Park, KS 66210 | wsreporting@yahoo.com |

/s Patricia E. Hamilton
Patricia E. Hamilton
