# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS – KANSAS CITY DIVISION

| | | |
|---|---|---|
| In re: MOORE ROOFING LLC | ) | Case No. 23-21139 |
| Debtor and Debtor-in-Possession | ) | Chapter 11 (Voluntary), Subchapter V |

## INITIAL FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FROM SEPTEMBER 27 2023 THROUGH FEBRUARY 1, 2024

Pursuant to 11 U.S.C. §330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of WM Law applies to this Court for an order authorizing the reasonable compensation for professional legal services rendered as counsel to Moore Roofing LLC, the Debtor and Debtor-in-Possession herein (the "Debtor"), in the amount of $16,352.50 and reimbursement of expenses in the amount of $155.03. for a total amount of $16,507.53 incurred from September 27, 2023 through February 1, 2024, and authorizing the immediate payment of said legal fees and expenses in accordance with Title 11 of the United States Code.  In support of this Application, WM Law states as follows:

### BACKGROUND

1.      Debtor filed a voluntary petition under Subchapter V, Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") on September 27, 2023 (the "Petition Date").

2.      WM Law was employed under a general retainer to represent Debtor as bankruptcy counsel in connection with this Chapter 11 case.  Debtor's application to employ is pending with a proposed order having been uploaded to this Court via CM/ECF and the objection period having expired without objection.

3.      WM Law's representation of Debtor is upon the fee basis set forward in the engagement letter - at the rate of $300.00 per hour for services by WM Law's attorneys and $125 per hour for paralegals.

4.      As of the filing of this Application, WM Law is holding the remaining unapplied pre-filing balance of $6,297 in trust and would seek to apply this first to any fees and expenses approved under this motion.  The funds in trust would cover some but not all of the requested payments under this application.

5.      All services for which compensation is requested by WM Law were performed for or on behalf of the Debtor and were necessary for the proper administration of the bankruptcy estate.

### SUMMARY OF SERVICES RENDERED

6.      Attached hereto as **Exhibit A** are itemized billing statements of fees and expenses incurred by WM Law showing the total amount of $16,352.50 in attorney's fees and $155.03 in expenses for fees incurred from September 27, 2023 through February 1, 2024.  A Narrative Summary of legal services provided to the Debtor during this bankruptcy case is attached hereto as **Exhibit B.**

### VALUATION OF SERVICES

1

7.      Attorneys and paraprofessionals of WM Law have expended a total of 42.4 hours in connection with this matter from September 27, 2023 through February 1, 2024, as fully set forth in the Summary Sheet attached hereto as **Exhibit C.**  The Summary Sheet shows WM Law's normal hourly rates of compensation for work of this nature, as well as the reasonable value of services rendered by WM Law as counsel for Debtor from September 27, 2023 through February 1, 2024 in the amount of $16,352.50 in attorney's fees and $155.03 in expenses.

8.      In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

## CASE STATUS

9.      No compensation has been shared by WM Law with any person, and no agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

10.     The source of compensation sought is from the income and assets of the bankruptcy estate.

11.     The Debtor's Chapter 11, Subchapter V Plan of Reorganization was filed with this Court on January 15, 2024 as Docket #47.

12.     The Debtor is current with Monthly Operating Reports through the report due for December 2023

13.      WM Law certifies that it has provided a copy of this Application to Debtor for its review and approval, including a copy of the itemized billing statements for all legal fees and expenses incurred by WM Law from September 27, 2023 through February 1, 2024, in the amount of $16,352.50 in attorney's fees and $155.03 in expenses for a total amount of $16,507.53 attached hereto as Exhibit A, for his review.

        **WHEREFORE**, WM Law seeks approval of legal fees in the amount of $16,352.50 in attorney's fees and $155.03 in expenses for a total amount of $16,507.53 incurred from September 27, 2023 through February 1, 2024, and authorization to apply first the funds held in trust, per 11 U.S.C.

Dated: February 1, 2024.      Respectfully submitted,
                              WM Law

                              /s/ Ryan A. Blay
                              Ryan A. Blay, MO #KS001066; KS #28110
                              15095 W. 116th St.
                              Olathe, KS 66062
                              Phone (913) 422-0909 / Fax (913) 428-8549
                              blay@wagonergroup.com
                              ATTORNEYS FOR DEBTOR, MOORE ROOFING, LLC

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON APPLICATION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above Motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **February 22, 2024,** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **144**, Kansas City, Kansas 66101, on **March 14, 2024 at 1:46 pm.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2024, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

 **[See attached mailing matrix]**

s/ Ryan A. Blay   

| Name and Address | Moore Roofing LLC c/o Mitch Moore 610 Lakeview St. Emporia, KS 66801 | |
|---|---|---|
| | | |

| Date | Who | Issue | Notes: | Hourly Rate | Time | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## ALL ENTRIES HEREAFTER ARE POST- PETITION

| Date | Who | Issue | Notes: | Hourly Rate | Time | Amount |
|---|---|---|---|---|---|---|
| 9/27/2023 | DS | Filings | Filed Statement of Corp Ownership, and Rule 1116 Statement of Small Biz Operations.<br> - **Plan due 12/26/2023** | .4 | $125 | $50 |
| 9/28/2023 | RAB | Deadlines | e-mails to set deadlines with US Trustee's office for initial debtor interview and 341 meeting of creditors | .3 | $300 | $90 |
| | | | | | | 0 |
| 10/4/2023 | RAB | Correspondence with Kaw Valley Bank counsel | Reviewed lawsuit filed by Kaw Valley and e-mailed Patricia Hamilton and Brand Finkeldei to seek time to discuss creditor goals and movement toward consensual plan | .6 | $300 | $180 |
| 10/4/2023 | RAB | Sub V Status conference | Reviewed order setting conference and deadline for status report; e-mailed client re same | .3 | $300 | $90 |
| 10/5/2023 | RAB | Correspondence with Beacon counsel | Sent notice of Chapter 11 filing and requested time to discuss moving toward consensual plan | .4 | $300 | $120 |
| 10/5/2023 | DS | Kaw Valley C&D | Called Stevens and Brand to give notice re Lyon County, KS Case No LY-2023-CV-000108. They are on notice and might need BK notice filed in case if their judge gets antsy. Noted, however all KS counties, except Johnson, tend to reject the official Notie of BK Filing due to the margins being too small (which is silly). | .3 | $125 | $37.50 |
| | | | All above transferred to billing | | | 0 |
| 10/9/2023 | RAB | Preparation for IDI | Called and spoke with Mr. Moore and advised him of IDI and documents to review in advance | .5 | $300 | $150 |

| 10/10/2023 | RAB | Call with Stevens & Brand | Discussion of Kaw Valley litigation | .5 | $300 | $150 |
|---|---|---|---|---|---|---|
| 10/10/2023 | RAB | IDI | Initial Debtor Interview with US Trustee's office | 1.0 | $300 | $300 |
| 10/12/2023 | RT | Moore Roofing | creditor called to f/u on the Notice of BK they received. I told her she could file the POC that comes with the Notice. I confirmed the Notice if just for notification purposes. She said they would probably just write it off. | .5 | $125 | $62.50 |
| 10/17/2023 | RAB | Meeting with Mitch | (a) E-mailed Matt Barberich, Sub V Trustee, to get list of accounting questions;<br>(b) Prepared 2022 tax returns for e-signature<br>(c) Went over IDI checklist<br>(d) E-mailed Rick Kear at US Trustee and got approval to maintain current ESB accounts in lieu of opening up DIP account<br>(e) Confirmed date and time of Sub V status conference and 341 meeting<br>(f) Reviewed IRS claim including missing FICA and FUTA tax filings<br>(g) E-mailed Wright CPA to discuss employment as accountants for estate<br>(h) Drafted amended 1116 statement reflecting that 2022 taxes have been filed | 1.5 | $300 | $450 |
| 10/23/2023 | RAB | Call with Patricia Hamilton re Kaw Valley Bank | Discussion of collateral and treatment in plan | .5 | $300 | $150 |
| 10/25/2023 | RAB | 341 meeting | Amendments needed: (1) amend SOFA to reflect payments in last year to Mr. and Mrs. Moore<br><br>(2) get August and September bank statements (and October when available) and update schedule A/B with DOF balances<br><br>(3) pass along insurance policies to Patricia Hamilton when received<br><br>(4) October MOR due 11/21<br><br>(5) get remainder of IDI docs – UST financial checklist and attachments (especially proof of insurance)<br><br>Goal is to provide no later than 10/31 with continued 341 to 11/7 at 1:30 pm | 1.2 | $300 | $360 |
| 10/25/2023 | RAB | Documents for IDI | Received residential real estate insurance certificates, AR aging, rent roll and balance sheet for 8/31/2023 and forwarded to Rick Kear at US Trustee (and insurance to Patricia Hamilton) | .5 | $300 | $150 |
| 10/31/2023 | RAB | Correspondence from Patricia Hamilton | Discussion of loan documents and other items | 1.0 | $300 | $300 |
| | | | All above post-petition 10/6 to 10/31 transferred to billing | | | 0 |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/1/2023 | RAB | Correspondence with US Trustee's office regarding documents | I forwarded additional insurance policies to Rick Kear and e-mailed client to determine status of US Trustee questionnaire and additional IDI documents | .7 | $300 | $210 |
| 11/2/2023 | RAB | Call with Mitch | Forwarded commercial auto policy insurance to US Trustee's office.  Responded to e-mails from Patricia Hamilton on behalf of Kaw Valley bank and went through US Trustee IDI checklist to collaborate on producing documents | .8 | $300 | $240 |
| 11/6/2023 | RAB | Review documents in advance of continued 341 meeting | Used bank statements and payroll report to prepare amended SOFA and A/B and sent verification to client for signature | .9 | $300 | $270 |
| 11/7/2023 | RAB | Continued 341 meeting | Meeting concluded.  Reminder of next week's Sub V Status conference with Judge Somers | .4 | $300 | $120 |
| 11/14/2023 | RAB | Subchapter V Status Conference | Conference with court – no issues presented | 1.0 | $300 | $300 |
| 11/16/2023 | RAB | Tax claim | Reviewed tax claim and forwarded to client with recommendation to speak with accountants | .8 | $300 | $240 |
| 11/21/2023 | RAB | Insurance | Correspondence with client and with Patricia Hamilton for Kaw Valley Bank regarding insurance on real estate | 1.0 | $300 | $300 |
| | | | ==All above transferred to billing for Post-Petition in November== | | | 0 |
| 12/7/2023 | RAB | Correspondence with Kaw Valley Bank counsel | Discussion re Kaw Valley force placing insurance on real estate | .5 | $300 | $150 |
| 12/8/2023 | RAB | e-mail to client | Request for October and November bank statements for MORs | .3 | $300 | $90 |
| 12/11/2023 | RAB | Call to Client | Follow up on requests for information | .4 | $300 | $120 |
| 12/12/2023 | RAB | Monthly operating report | Began work on October monthly operating report reviewing bank statements | .8 | $300 | $240 |
| 12/14/2023 | RAB | MOR – October | Reviewed client signature and information to complete October monthly operating report | .5 | $300 | $150 |
| 12/22/2023 | RAB | Work on Chapter 11 plan | Preparation of Chapter 11 plan | 4.0 | $300 | $1200 |
| 12/22/2023 | RAB | Preparation of monthly operating report for November 2023 | e-mailed to client for signature and verification of accounts receivable | 1.0 | $300 | $300 |
| | | | ==All above transferred to billing== | | | 0 |
| 1/2/2024 | RAB | Correspondence with client | Discussion of plan, need for updated cash flow projections and status of receipt of insurance certificates | .5 | $300 | $150 |
| 1/10/2024 | RAB | Plan revisions | Revisions to plan with updated cash flows | 1.5 | $300 | $450 |
| 1/11/2024 | RAB | Work on final plan | Final plan for filing | 3.5 | $300 | $1050 |
| 1/11/2024 | RAB | Court | Hearing on status – advised court of plan filing and discussion of insurance | .5 | $300 | $150 |
| 1/11/2024 | RAB | Insurance | Correspondence with client regarding insurance needed to resolve anticipated 1/19/2023 hearing | .5 | $300 | $150 |
| 1/12/2024 | RAB | Insurance | e-mailed updated certificates to attorney Patricia Hamilton and to US Trustee to seek resolution of 1/19 hearing on insurance | .4 | $300 | $120 |
| 1/12/2024 | RAB | Monthly operating reports | Drafted reports for November and December 2023 based on bank statements and e-mailed to client for review and approval | 1.5 | $300 | $450 |

| Date | Init | Task | Description | Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/15/2024 | RAB | MORs | Filed for November and December 2023 | .3 | $300 | $90 |
| 1/17/2024 | RAB | Correspondence regarding upcoming hearings | Friday hearing to be cancelled. Received questions from Patricia Hamilton and Richard Kear.  E-mailed to client for explanation and further discussion | .5 | $300 | $150 |
| 1/18/2024 | DS | Ballots | Drafted Ballots, COS re Notice and Plan, and Ballot Summary. Filed COS. | 2.4 | $125 | $300 |
| 1/18/2024 | DS | Case Expense | Cost of service of above = $114.84 | 0.0 | 0.0 | $114.85 |
| 1/19/2024 | RAB | Call with Mr. Moore | regarding questions from Kaw Valley counsel and US Trustee | .6 | $300 | $180 |
| 1/19/2024 | RAB | Correspondence | e-mails with US Trustee and Kaw Valley counsel Patricia Hamilton to answer previously posed questions | .5 | $300 | $150 |
| 1/19/2024 | RAB | Call with Patricia Hamilton | Call to discuss insurance issues and proposal on sales of real estate | .6 | $300 | $180 |
| 1/22/2024 | RAB | Motion to employ | Drafted application to employ realtor and prepared for filing with executed affidavit | .8 | $300 | $240 |
| 1/22/2024 | DS | "   " | Revised, filed, and served Application to Employ. | .4 | $125 | $50 |
| 1/22/2024 | RAB | US Trustee motion to dismiss or convert | Drafted objection for filing | .8 | $300 | $240 |
| 1/22/2024 | RAB | Correspondence with Patricia Hamilton | e-mailed various documents including proof of payment of insurance premium, outside picture of Jeep, detail of work done to Jeep, and insurance information | .5 | $300 | $150 |
| 1/23/2024 | RAB | Motion to incur | Drafted motion for filing | .7 | $300 | $210 |
| 1/23/2024 | RAB | Correspondence with Patricia Hamilton | Discussions re insurance and motion | .5 | $300 | $150 |
| 1/23/2024 | DS | Motion to Incur | Revised Motion to Incur Debt with Motion to Shorten language.  Drafted Motion to Shorten.  Emailed to UST to see if they can stipulate to Motion without an Objection Deadline?  He cannot.<br>Filed Motions and served.<br>Drafted Order on Moton to Shorten and filed.<br>Drafted Order on MT Incur Debt subject to Court's ruling. | 1.3 | $125 | $162.50 |
| **1/23/2024** | **DS** | **Case Expense** | **Cost of service of above = $22.32** | **0.0** | **0.0** | **$22.32** |
| 1/23/2024 | DS | COS | Ordered COS on Order Granting Motion to Shorten Time on MT Incur, and filed. | 0.2 | $125 | $25 |
| **1/23/2024** | **DS** | **Case Expense** | **Cost of Service of above Order** | **0.0** | **0.0** | **$17.86** |
| 1/24/2024 | RAB | Prepare for hearing | Preparation for hearing on US Trustee's motion to dismiss or convert | .5 | $300 | $150 |
| 1/24/2024 | RAB | Hearing | Hearing on US Trustee's motion to dismiss or convert | .9 | $300 | $270 |
| 1/25/2024 | RAB | Call to Mitch | Discussed anticipated Rule 2004 exam and plan for evidentiary hearing on 2/15 | .7 | $300 | $210 |
| | | | | | | |
| 2/1/2024 | RAB | Meeting with Mr. Moore | Discussion of current case status and Rule 2004 documents | 1.0 | $300 | $300 |
| 2/1/2024 | RAB | Correspondence with opposing counsel | Sent documents with discussions of potential dismissal/conversion to US Trustee and secured creditor's counsel | .5 | $300 | $150 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# EXHIBIT B – NARRATIVE SUMMARY OF LEGAL SERVICES

The Debtor is currently working through a motion to dismiss or convert its case and objections generally to reorganizing. The Subchapter V Chapter 11 Plan of Reorganization has been filed and submitted for balloting.  The Debtor is current on monthly operating reports through December 2023.

# EXHIBIT C - Summary Sheet:  Attorney/Paralegal Time

Note:  Any instance in which more than one attorney worked on a particular matter has been assigned only to the primary attorney, thereby avoiding duplicate billing to the client.

Ryan A. Blay, Attorney.

Mr. Blay has over 15 years of bankruptcy experience and was the primary attorney on this matter, having previously worked on Chapter 11 and 12 cases.  He has spent 37.9 hours of time, from September 27, 2023 through February 1, 2024, working on every aspect of the case from start to the present.

Douglas Sisson, Paralegal.

Mr. Sisson has over 11 years' experience as a bankruptcy paralegal and is the primary paralegal on all complex reorganizations for the firm.  He spent 5.8 hours of billable time from September 27, 2023 through February 1, 2024.

Rosana Tovalin, Paralegal

Ms. Tovalin has 2+ years experience as a bankruptcy paralegal.  She spent .5 hours of billable time from September 27, 2023 through February 1, 2024

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-2<br>Case 23-21139<br>District of Kansas<br>Kansas City<br>Wed Sep 27 12:42:36 CDT 2023 | Moore Roofing LLC<br>610 Lakeview St<br>Emporia, KS 66801-3240 | Austin Riley<br>516 Chestnut<br>Emporia KS 66801-4218 |
| Beacon Sales Acquisition, Inc.<br>218 SE Branner Street<br>Topeka KS 66607-1886 | Bever Dye<br>301 N Main STE 600<br>Wichita KS 67202-4806 | Casey Moore<br>401 Weaver<br>Emporia KS 66801-3541 |
| Credit Union of Emporia<br>2711 W 15th Ave.<br>Emporia KS 66801-6101 | ESB Financial<br>801 Merchant<br>Emporia KS 66801-2811 | Emporia Gazette<br>109 W 6th Ave<br>Emporia KS 66801-4066 |
| Harry & Lloyd's<br>28 E 6th Ave,<br>Emporia KS 66801 | Internal Revenue Service<br>PO Box 7346<br>attn: Insolvency<br>Philadelphia PA 19101-7346 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66601 |
| Kaw Valley Bank<br>1110 N Kansas Ave<br>Topeka KS 66608-1267 | Lamar Sign Company<br>5321 Corporate Blvd.<br>Baton Rouge LA 70808-2506 | Lyon County  Treasurer<br>430 Commercial St<br>Emporia KS 66801-4013 |
| Midland Fence Inc.<br>PO Box 1466<br>Emporia KS 66801-1466 | Mitch Moore<br>2210 Arrowhead Dr.<br>Emporia KS 66801-6021 | National Assoc. of Credit Mgmt<br>C/o NACM Comm. Serv. Debt Coll<br>606 N. Pines Rd.<br>Spokane WA 99206-6706 |
| (p)NATIONAL PEN CO<br>342 SHELBYVILLE MILLS RD<br>SHELBYVILLE TN 37160-3833 | Sadie Moore<br>1407 Walnut<br>Emporia KS 66801-5515 | Shaffer Lombardo Shurin<br>2001 Wyandotte St.<br>Kansas City MO 64108-1925 |
| Spectrum Powder Coating<br>702 W 6th Ave,<br>Emporia KS 66801-2602 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | US Attorney<br>US Courthouse Suite 360<br>500 State Ave<br>Kansas City KS 66101-2409 |
| US SBA<br>District Counsel<br>US Small Business Administrati<br>Bedford Ave Suite 100<br>Omaha NE 68127 | american express<br>P.O. Box 981535<br>El Paso TX 79998-1535 | Ryan A Blay<br>WM Law<br>15095 W 116th St<br>Olathe, KS 66062-1098 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

National Pen Company
342 Shelbyville Mills Road
Shelbyville TN 37160-0189

End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26